IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | |
| ADVANCE TRANSPORTATION SERVICES INCORPORATED, | § § § | Case No. 21-30906-HCM-11 |
| | § | |
| Debtor. | § | |

## DEBTOR'S EMERGENCY MOTION FOR AUTHORIZATION TO PAY PRE-PETITION PORTION OF EMPLOYEE PAYROLL

TO THE HONORABLE H. CHRISTOPHER MOTT, UNITED STATES BANKRUPTCY JUDGE:

Now comes the Debtor ADVANCE TRANSPORTATION SERVICES INCORPORATED (hereinafter "ATSI") and through its attorney undersigned files this Emergency Motion for Authorization to Pay Pre-Petition Portion of Employee Payroll, and for cause would show:

1.

Petition date in this case is November 30, 2021. ATSI as Debtor-in-Possession remains in business.

2.

ATSI pays its workers (usually 22 of them) at weekly intervals. Each Friday payroll covers the previous week's work. The next payday is December 3, 2021 for the days worked November 22-26. The following week's payroll will include two pre-petition days, November 29 and November 30, 2021.

3.

An average payroll costs approximately $15,000.00 including payroll taxes. The total pre-petition payroll that will need to be made, is approximately $21,000.00.

4.

The Debtor needs to retain its employees. If they are not paid in the regular course they are likely to quit and go to work elsewhere, and that would cause a damaging loss of revenue for the estate.

5.

The Debtor has unencumbered assets—at least $35,000 in the form of unencumbered accounts receivable—sufficient to cover the cost of the pre-petition days of payroll. At this time there are no other administrative claims that are likely to interfere with that capability. The Debtor expects to have to make adequate protection payments to its cash-collateralized creditors, of less than $2,000.00 per month. In a liquidation setting, which is not anticipated, there would be enough equity in the accounts receivable (over $35,000) to cover the priority claims of the workers.

WHEREFORE, PREMISES CONSIDERED, ATSI prays for authorization to cover its pre-petition payroll as described above.

Respectfully submitted this 30th day of November, 2021.

/s/ E.P. Bud Kirk

E.P. BUD KIRK
State Bar No. 11508650
600 Sunland Park Drive
Bldg. Four, Suite 400
El Paso, TX 79912
(915) 584-3773
(915) 581-3452 facsimile
budkirk@aol.com

Attorney for Debtor-in-Possession

## CERTIFICATE OF SERVICE

I do hereby certify that on the 30th day of November, 2021, I did cause a copy of the foregoing Emergency Motion for Authorization to Pay Pre-Petition Potion of Employee Payroll to be mailed or delivered to <u>U.S. Trustee</u>, P.O. Box 1539, San Antonio, TX 78205-1539; to the <u>Subchapter V Trustee</u>, c/o Brad W. Odell, 1500 Broadway, Suite 700 Lubbock, Texas 79401; to <u>Advance Transportation Services</u>, c/o Abraham J. Wardy, 12308 Red Sun Dr., El Paso, TX 79938; and to <u>all parties in interest as shown on the attached list</u>.

/s/ _____
E.P. BUD KIRK

4981-AE-113021

American Express
P.O. Box 650448
Dallas, TX 75265-0048

BFS Capital
1970 Oakcrest Ave, Suite 217
Saint Paul, MN 55113

Celtic Bank
268 South State Street
Salt Lake City, UT 84111

CIT
10201 Centuarion Parkway North
Suite 100
Jacksonville, FL 32256

E Advance Services
122 East 42nd Street, Ste. 2112
New York, NY 10168

EP Leasing, LLC
P.O. Box 290775
El Paso, TX 79935

Franco Factoring
6929 Imperial Ridge Dr.
El Paso, TX 79912-7616

Internal Revenue Service
Centralized Insolvency Office
P.O. Box 7346
Philadelphia, PA 19101-7346

IRS Insolvency Office
300 E. 8th Street, Mail Stop 5026AUS
Austin, TX 78701

Kabbage
505 Lakeland Plaza Ste #347
Cumming, GA 30040

LoanBuilder
3505 Silverside Rd. Suite 200
Wilmington, DE 19810

On Deck Capital
1400 Broadway 25th Floor
New York, NY 10018-5225

Penske
P.O. Box 563
Reading, PA 19603

Penske Truck Leasing
11451 Chito Samaniego Dr.
El Paso, TX 79936

People's Premium Finance
600 SW Jefferson, Suite 204
Lee Summit, MO 64063

Prime Advance
525 Walker Street
Bloomington, IN 47403

Regal Capital
525 Walker Street
Bloomington, IN 47403

S.W.I.T.
2959 Irving, Blvd.
Dallas, TX 75247

United States Attorney
Civil Process Clerk-
Internal Revenue Service
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216

United States Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Vista Star Scot Properties
P.O. Box 522541
El Paso, TX 79952

World Global Capital
116 Nassau Street, Suite 804
New York, NY 10038

Yes Capital
525 Walker Street,
Bloomington, IN, 47403