IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| In re § | |
| § | |
| ADVANCE TRANSPORTATION § | Case No. 21-30906-HCM-11 |
| SERVICES INCORPORATED, § | |
| Debtor. § | |

## NOTICE CONCERNING LIST OF EQUITY SECURITY HOLDERS

TO THE HONORABLE H. CHRISTOPHER MOTT, UNITED STATES BANKRUPTCY JUDGE:

TAKE NOTICE, that the Debtor-in-Possession ADVANCE TRANSPORTATION SERVICES INCORPORATED in the above captioned Chapter 11 case does not have a list of equity security holders to file under F.R. Bankr. P. 1007(a)(3). There is only one equity security holder, the sole shareholder of the corporation, ABRAHAM J. WARDY.

Respectfully submitted this 30th day of November, 2021.

**ADVANCE TRANSPORTATION SERVICES INCORPORATED**

_/s/ Abe Wardy_
ABRAHAM J. WARDY, President
Sole Shareholder

/s/ E.P. BUD KIRK
E.P. BUD KIRK
State Bar No. 11508650
600 Sunland Park Drive
Bldg. Four, Suite 400
El Paso, TX 79912
(915) 584-3773
(915) 581-3452 facsimile
budkirk@aol.com

Attorney for the Debtor

## CERTIFICATE OF SERVICE

I do hereby certify that on the 2d day of December, 2021, I did cause a copy of the foregoing Notice Concerning List of Equity Security Holders to be mailed or delivered to <u>U.S. Trustee</u>, P.O. Box 1539, San Antonio, TX 78205-1539; to <u>Brad W. Odell</u>, Subchapter V Trustee, 1500 Broadway, Ste. 700, Lubbock, TX 79401; and to <u>Advance Transportation Services</u> Incorporated, c/o Abraham J. Wardy, 12308 Red Sun Dr., El Paso, TX 79938.

/s/E.P. BUD KIRK
E.P. BUD KIRK

4981-MC-112921