IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| In re:<br><br>Advance Transportation Services, Inc,<br><br>Debtor. | Case No. 21-30906<br><br>Chapter 11<br><br>Hon. H. Christopher Mott |

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Joseph N. Argentina, Jr. ("Applicant") moves this court to grant admission to the United States Bankruptcy Court for the Western District of Texas *pro hac vice* to represent Penske Truck Leasing Co., L.P. in this case and would respectfully show the Court as follows:

1. Applicant is an attorney and member of the law firm Faegre Drinker Biddle & Reath, LLP with offices at:

> Joseph N. Argentina, Jr.
> One Logan Square, Suite 2000
> Philadelphia, PA 19103-6996
> Tel: (215) 988-2700
> Fax: (215) 988-2757
> Joseph.Argentina@faegredrinker.com

2. Since 2009, Applicant has been and presently is a member of and in good standing with the Bar of the Commonwealth of Pennsylvania. Applicant's Pennsylvania bar license number is 307007. Since 2009, Applicant has been and presently is a member of and in good standing with the Bar of the State of New Jersey. Applicant's New Jersey bar license number is 018272009. Moreover, since 2010, Applicant has been and presently is a member of and in good standing with the Bar of the State of Delaware. Applicant's Delaware bar license number is 5453.

3. Applicant has been admitted to practice before the following state and federal courts:

| Court: | Admission Date: |
| --- | --- |
| State Courts in the Commonwealth of Pennsylvania | 2009 |
| United States District Court for the Eastern District of Pennsylvania | 2009 |
| State Courts in the State of New Jersey | 2009 |
| United States District Court for the District of New Jersey | 2009 |
| State Courts in the State of Delaware | 2010 |
| United States District Court for the State of Delaware | 2010 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, and is not currently suspended or disbarred in any other court.

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court.

6. Applicant is eligible to practice in the Bankruptcy Court.

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas Bankruptcy Court and is also subject to all rules of practice of the U.S. District Court of the Western District of Texas and will comply with the standards of practice set out therein.

8. Applicant has not requested admission pro hac vice in the Bankruptcy Court for the Western District of Texas in the preceding twelve months.

Wherefore, Applicant prays that this Court enter an order permitting the admission of Joseph N. Argentina, Jr. to the U.S. Bankruptcy Court Western District of Texas *pro hac vice* for this case only.

   *s/ Joseph N. Argentina, Jr.*
Joseph N. Argentina, Jr.
Faegre Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Tel: (215) 988-2700
Fax: (215) 988-2757
Joseph.Argentina@faegredrinker.com

## CERTIFICATE OF SERVICE

I certify that on December 23, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

*/s/ Joseph N. Argentina, Jr.*
Joseph N. Argentina, Jr.