IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | |
| ADVANCE TRANSPORTATION | § | Case No. 21-30906-HCM-11 |
| SERVICES INCORPORATED, | § | |
| Debtor. | § | |

## SUPPLEMENT TO DEBTOR'S SCHEDULES A/B, D, AND E/F

The following information has been requested by the United States Trustee, to identify which assets on Schedules A/B that are currently in possession of the Debtor ADVANCE TRANSPORTATION SERVICES INCORPORATED have title in the affiliate ATSI, Inc., a Wyoming corporation; and which debts on Schedules D and E/F were originally contracted for by which coporation.

**Schedule A/B**

| | |
|---|---|
| 3.1 | Account -0260 is in the name of the Wyoming corporation ATSI, Inc. The account was not changed over to the Texas corporation after Advance Transportation Services Incorporated was formed 9-5-2019. All funds therein are recent proceeds of hauling done by the Debtor. Two regular customers of the Debtor pay electronically into this account. |
| 11a. | The $60,000 in receiveables is for recent hauling done by the Debtor. The only lien thereon is filed against both corporations. $25,000 is owed to that creditor, E ADVANCE, LLC. |
| 39-41 | All office furniture, office equipment, books, paintings, and uniforms have been replaced by the Texas corporation since 9-5-19. |
| 47.1-.3 | The Ford Transit and the two International tractors are titled in the Wyoming corporation. |
| 47.4-.21 | These tractors and trailers, all surrendered 1-14-22, were leased to ATSI, Inc. (the Wyoming corporation), but the Texas corporation made all payments after 9-5-19. There was no equity in the leases when they were terminated by Penske Truck Leasing 11-22-21. (ATSI, Inc. had an option to purchase, but only upon lease completion, and the option had to be exercised in cash, according to Penske's depreciation schedule. Neither corporation had the liquidity to make a purchase, had the leases of any of the vehicles reached maturity. |

| | |
|---|---|
| 47.22 | The lease from EP Leasing, Inc. is in the name of ATS I, Inc. (with a space after ATS). We believe this is EP Leasing's typo. The start of the leasing pre-dated 9-5-2019, so ATSI, Inc. was probably meant to be the Wyoming corporation. However, the lease has no options to purchase. All payments since 9-5-19 have been made by the Texas corporation. |
| 47.23 | The 2015 Chevy cargo van is titled in the name of Abraham Wardy. It was purchased used with 30,000 miles on it in 2016 on a 48 month installment contract. The down payment and purchase money loan installments were made by ATSI, Inc. up until 9-5-2019, and by the Texas corporation thereafter, through the end of 2020. It now has an odometer reading of 181,000 miles. |

**Schedule D**

| | |
|---|---|
| 2.1 | CIT loan, $25,000 balance, secured by Ford Transit worth $38,000. This debt is in the name of ATSI, Inc. (Wyo.). The vehicle was purchased new in March of 2019. All but five payments have been made by the Texas corporation. |
| 2.2 | E Advance, LLC. $25,000 loan balance secured by accounts receiveable valued at $60,000. The loan and UCC-1 are in both corporations' names. |
| 2.3 | City of El Paso Tax Collector $4,500.00 balance secured by all tangible business personalty. Account is in the name of the Texas corporation. Taxes are for years post-2019. |
| 2.4 | Franco Factoring. Buys hauling invoices from the Texas corporation, less a discount of 4%. Does not maintain a reserve fund. No debt owed. Was scheduled so that the bankruptcy would not be secret. |
| 2.5 | Penske Truck Leasing. Lease in name of ATSI, Inc. (Wyo.) was terminated 11-22-21. There is an accounting dispute as to how much back rent was owed; Penske claimed $63,000; Debtor (Tex.) claimed it was current. |

**Schedule E**

| | |
|---|---|
| 2.1 | Internal Revenue Service. Texas corporation. $13,500, returns should be filed by mid-February. |

**Schedule F**

| | |
|---|---|
| 3.1 | American Express. Card is in the name of Wyo. corporation. All use and payment since 9-5-19 has been by the Tex. corporation. Balance $25,000 |
| 3.2, 3.3, 3.4 | Bank of America. Three credit cards, all in the name of the Wyo. corporation. Balance $30,000.00. Payments and charges since 9-5-19 made by Texas corporation. |

| | |
|---|---|
| 3.5 | BFS Capital. Wyo. corporation. Balance $14,000 (paid down since 9-5-19 by Tex. corporation). |
| 3.6 | Celtic Bank (SBA loan, deferred). Texas corporation. Balance $150,500. |
| 3.7 | EP Leasing, LLC. Wyo. corporation. $8,330.00 balance for pre-petition arrearages, (paid down since 9-5-19 by Tex. corporation). Debtor intends to assume and cure. |
| 3.8 | Kabbage. Tex. corporation. $35,908.58 |
| 3.9 | Loan Builder. Wyo. corporation. $4,627 balance (paid down since 9-5-19 by Tex. corporation). |
| 3.10 | On Deck Capital. Both corporations. $27,924 balance (paid down since 9-5-19 by Tex. corporation). |
| 3.11 | Prime Advance. Tex. corporation. $29,980 |
| 3.12 | Regal Capital. Tex. corporation. $104,930 |
| 3.13 | S.W.I.T. Wyo. corporation. Debt for $450,000 was settled at $150,000 by Tex. corporation and then paid down to $70,000.00 (paid down since 9-5-19 by Tex. corporation). |
| 3.16 | Vista Star Scot Properties. Tex. corporation. $12,173 |
| 3.17 | World Global Capital. Wyo. corporation. $3,700 balance (paid down since 9-5-19 by Tex. corporation). |
| 3.18 | Yes Capital. Tex. corporation. $29,980.00 |

Respectfully submitted this 7th day of February, 2022.

ADVANCE TRANSPORTATION SERVICES INCORPORATED

*/s/ Abe Wardy*

ABRAHAM J. WARDY
Its: President

/s/
E.P. BUD KIRK
State Bar No. 11508650
600 Sunland Park Drive
Bldg. Four, Suite 400
El Paso, TX 79912
(915) 584-3773
(915) 581-3452 facsimile
budkirk@aol.com

Attorney for Debtor-in-Possession

## CERTIFICATE OF SERVICE

I do hereby certify that on the 7th day of February, 2022, I did cause a copy of the foregoing Supplement to Debtor's Schedules A/B, D, and E/F to be mailed to U.S. Trustee, P.O. Box 1539, San Antonio, TX 78205-1539; to the Subchapter V Trustee, c/o Brad W. Odell, 1500 Broadway, Suite 700 Lubbock, Texas 79401; to Scot Properties, Ltd., c/o Harrel L. Davis, P.O. Box 1322, El Paso, TX 79947-1322; to Advance Transportation Services, c/o Abraham J. Wardy, 12308 Red Sun Dr., El Paso, TX 79938; to City of El Paso, c/o Don Stecker, 112 E. Pecan Street, Ste. 2200, San Antonio, TX 78205; to S.W.I.T., c/o Corey W. Haugland, 609 Montana Avenue, El Paso, TX 79902; and to all parties in interest as shown on the attached list.

/s/
E.P. BUD KIRK

4981-MC-020422

American Express
P.O. Box 650448
Dallas, TX 75265-0048

BFS Capital
1970 Oakcrest Ave, Suite 217
Saint Paul, MN 55113

Celtic Bank
268 South State Street
Salt Lake City, UT 84111

CIT
10201 Centuarion Parkway North
Suite 100
Jacksonville, FL 32256

E Advance Services
122 East 42nd Street, Ste. 2112
New York, NY 10168

EP Leasing, LLC
P.O. Box 290775
El Paso, TX 79935

Franco Factoring
6929 Imperial Ridge Dr.
El Paso, TX 79912-7616

Internal Revenue Service
Centralized Insolvency Office
P.O. Box 7346
Philadelphia, PA 19101-7346

IRS Insolvency Office
300 E. 8th Street, Mail Stop 5026AUS
Austin, TX 78701

Kabbage
505 Lakeland Plaza Ste #347
Cumming, GA 30040

LoanBuilder
3505 Silverside Rd. Suite 200
Wilmington, DE 19810

On Deck Capital
1400 Broadway 25th Floor
New York, NY 10018-5225

Penske
P.O. Box 563
Reading, PA 19603

Penske Truck Leasing
11451 Chito Samaniego Dr.
El Paso, TX 79936

People's Premium Finance
600 SW Jefferson, Suite 204
Lee Summit, MO 64063

Prime Advance
161 Kings Highway
Brooklyn, NY 11223

Regal Capital
161 Kings Highway
Brooklyn, NY 11223

S.W.I.T.
2959 Irving, Blvd.
Dallas, TX 75247

United States Attorney
Civil Process Clerk-
Internal Revenue Service
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216

United States Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Vista Star Scot Properties
P.O. Box 522541
El Paso, TX 79952

World Global Capital
116 Nassau Street, Suite 804
New York, NY 10038

Yes Capital
161 Kings Highway
Brooklyn, NY 11223