IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | |
| ADVANCE TRANSPORTATION | § | Case No. 21-30906-HCM-11 |
| SERVICES INCORPORATED, | § | |
| Debtor. | § | |

## NOTICE OF REINSTATEMENT OF CORPORATE CHARTER

TO THE HONORABLE H. CHRISTOPHER MOTT, UNITED STATES BANKRUPTCY JUDGE:

Now comes the Debtor-in-Possession ADVANCE TRANSPORTATION SERVICES INCORPORATED, and through its attorney undersigned files this Notice of Reinstatement of its Corporate Charter by the Texas Secretary of State.

Respectfully submitted this 16th day of February, 2022.

/s/ E.P. BUD KIRK
E.P. BUD KIRK
Texas State Bar No. 11508650
600 Sunland Park Dr.
Building Four, Suite 400
El Paso, TX 79912
(915) 584-3773
(915) 581-3452 facsimile
Budkirk@aol.com

Attorney for Debtor

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697



John B. Scott
Secretary of State

# Office of the Secretary of State

## CERTIFICATE OF FILING
## OF

### ADVANCE TRANSPORTATION SERVICES INCORPORATED
File Number: 803412026

The undersigned, as Secretary of State of Texas, hereby certifies that the application for reinstatement for the above named entity has been received in this office and has been found to conform to law. It is further certified that the entity has been reinstated to active status on the records of this office.

ACCORDINGLY the undersigned, as Secretary of State, and by virtue of the authority vested in the Secretary by law hereby issues this Certificate of Filing.

Dated: 02/08/2022

Effective: 02/08/2022



John B. Scott
Secretary of State

*Come visit us on the internet at https://www.sos.texas.gov/*

Phone: (512) 463-5555
Prepared by: Linda Galaviz

Fax: (512) 463-5709
TID: 10011

Dial: 7-1-1 for Relay Services
Document: 1118564070002

## CERTIFICATE OF SERVICE

I do hereby certify that on the _16th_ day of February, 2022, I did cause a copy of the foregoing Notice of Reinstatement of Corporate Charter to be emailed to U.S. Trustee, c/o James Rose, James.Rose@usdoj.gov; to the Subchapter V Trustee, c/o Brad W. Odell, bodell@mhba.com; to Scot Properties, Ltd., c/o Harrel L. Davis, P hdavis@eplawyers.com; to Advance Transportation Services, c/o Abraham J. Wardy; to City of El Paso, c/o Don Stecker, don.stecker@lgbs.com; to S.W.I.T., c/o Corey W. Haugland, chaugland@jghpc.com; EP Leasing, LLC, c/o James M. Feuille, jfeu@scotthulse.com; and mailed to all parties in interest as shown on the attached list.

/s/ E.P. BUD KIRK
E.P. BUD KIRK

4981-AE-021622

American Express
P.O. Box 650448
Dallas, TX 75265-0048

BFS Capital
1970 Oakcrest Ave, Suite 217
Saint Paul, MN 55113

Celtic Bank
268 South State Street
Salt Lake City, UT 84111

CIT
10201 Centuarion Parkway North
Suite 100
Jacksonville, FL 32256

E Advance Services
122 East 42nd Street, Ste. 2112
New York, NY 10168

EP Leasing, LLC
P.O. Box 290775
El Paso, TX 79935

Franco Factoring
6929 Imperial Ridge Dr.
El Paso, TX 79912-7616

Internal Revenue Service
Centralized Insolvency Office
P.O. Box 7346
Philadelphia, PA 19101-7346

IRS Insolvency Office
300 E. 8th Street, Mail Stop 5026AUS
Austin, TX 78701

Kabbage
505 Lakeland Plaza Ste #347
Cumming, GA 30040

LoanBuilder
3505 Silverside Rd. Suite 200
Wilmington, DE 19810

On Deck Capital
1400 Broadway 25th Floor
New York, NY 10018-5225

Penske
P.O. Box 563
Reading, PA 19603

Penske Truck Leasing
11451 Chito Samaniego Dr.
El Paso, TX 79936

People's Premium Finance
600 SW Jefferson, Suite 204
Lee Summit, MO 64063

Prime Advance
161 Kings Highway
Brooklyn, NY 11223

Regal Capital
161 Kings Highway
Brooklyn, NY 11223

S.W.I.T.
2959 Irving, Blvd.
Dallas, TX 75247

United States Attorney
Civil Process Clerk-
Internal Revenue Service
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216

United States Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Vista Star Scot Properties
P.O. Box 522541
El Paso, TX 79952

World Global Capital
116 Nassau Street, Suite 804
New York, NY 10038

Yes Capital
161 Kings Highway
Brooklyn, NY 11223