**Fill in this information to identify the case:**

Debtor Name ADVANCE TRANSPORTATION SERVICES INC

United States Bankruptcy Court for the: _____ District of _____

Case number: 21-30906-HCM-11

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: **DECEMBER**

Line of business: **TRANSPORTATION**

Date report filed: **02/16/2022**
MM / DD / YYYY

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:        ABRAHAM WARDY

Original signature of responsible party    _Abe Wardy_

Printed name of responsible party      ABRAHAM WARDY

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☑ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name **ADVANCE TRANSPORTATION SERVICES INC**   Case number 21-30906-HCM-11

| | | | | |
|---|---|---|---|---|
| 17. | Have you paid any bills you owed before you filed bankruptcy? | ☑ | ☐ | ☐ |
| 18. | Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☑ | ☐ | ☐ |

## 2. Summary of Cash Activity for All Accounts

**19. Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 616.77

**20. Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 186,815.57

**21. Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

– $ 130,000.66

**22. Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ 56,814.91

**23. Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

= $ 57,431.68

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

**24. Total payables**

$ _____

*(Exhibit E)*

Debtor Name  **ADVANCE TRANSPORTATION SERVICES INC**     Case number  **21-30906-HCM-11**

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**     $ 51,162.53

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?     21
27. What is the number of employees as of the date of this monthly report?     21

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?     $ 8,571.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?     $ 11,571.00
30. How much have you paid this month in other professional fees?     $ 0.00
31. How much have you paid in total other professional fees since filing the case?     $ 11,571.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | — | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 186,815.57 | — | $ 186,815.57 | = | $ 0.00 |
| 33. **Cash disbursements** | $ 130,000.66 | — | $ 130,000.66 | = | $ 0.00 |
| 34. **Net cash flow** | $ 56,814.91 | — | $ 56,814.91 | = | $ 0.00 |

35. Total projected cash receipts for the next month:     $ 131,197.42
36. Total projected cash disbursements for the next month:     - $ 150,355.19
37. Total projected net cash flow for the next month:     = $ -19,157.77

Debtor Name  ADVANCE TRANSPORTATION SERVICES INC          Case number 21-30906-HCM-11

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

CASE NAME: **ADVANCE TRANSPORTATION SERVICES INC**

CASE NUMBER: **21-30906-HCM-11**

SMALL BUSINESS MONTHLY OPERATING REPORT - EXHIBIT B-1

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 2021 December | MONTH | MONTH | MONTH | MONTH | MONTH | Six Months To Date |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $ 616.77 | | | | | | $ 616.77 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | 0.00 | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 186,198.80 | | | | | | 186,198.80 |
| 4. LOANS & ADVANCES (attach list) | 0.00 | | | | | | 0.00 |
| 5. SALE OF ASSETS | 0.00 | | | | | | 0.00 |
| 6. OTHER (attach list) | 0.00 | | | | | | 0.00 |
| TOTAL RECEIPTS** | $ 186,198.80 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 186,198.80 |
| *(Withdrawal) Contribution by Individual Debtor MFR-2* | 0.00 | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | 61,459.00 | | | | | | 61,459.00 |
| 8. PAYROLL TAXES PAID | 0.00 | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | 0.00 | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | 4,726.87 | | | | | | 4,726.87 |
| 11. UTILITIES & TELEPHONE | 5,257.57 | | | | | | 5,257.57 |
| 12. INSURANCE | 31,708.00 | | | | | | 31,708.00 |
| 13. INVENTORY PURCHASES | 0.00 | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | 10,266.42 | | | | | | 10,266.42 |
| 15. TRAVEL & ENTERTAINMENT | 300.00 | | | | | | 300.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 7,036.80 | | | | | | 7,036.80 |
| 17. ADMINISTRATIVE & SELLING | 0.00 | | | | | | 0.00 |
| 18. OTHER (attach list) | 675.00 | | | | | | 675.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | $ 121,429.66 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 121,429.66 |
| 19. PROFESSIONAL FEES | 8,571.00 | | | | | | 8,571.00 |
| 20. U.S. TRUSTEE FEES | 0.00 | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | 0.00 | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | $ 130,000.66 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 130,000.66 |
| 22. NET CASH FLOW | 56,198.14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 56,198.14 |
| 23. CASH - END OF MONTH (SMOR-2) | $ 56,814.91 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 56,814.91 |

* Applies to Individual debtors only

**SBMOR-Exhibit B-1**   **Numbers for the current month should balance (match)
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on SBMOR-Exhibit B-2**

*Revised 01/31/2014*

CASE NAME: **ADVANCE TRANSPORTATION SERVICES INC**

CASE NUMBER: 21-30906-HCM-11

SMALL BUSINESS MONTHLY OPERATING REPORT - EXHIBIT B-2

## CASH ACCOUNT RECONCILIATION
### MONTH OF December 2021

| BANK NAME | WESTERN HERITAGE | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | # 9980 AND 9388 | # | # | | |
| ACCOUNT TYPE | OPERATING | PAYROLL | TAX | OTHER FUNDS | TOTAL |
| BEGINNING BANK BALANCE | $ 616.77 | | | | $ 616.77 |
| RECEIPTS | 186,198.80 | | | | 186,198.80 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | 0.00 |
| CHECKS/OTHER DISBURSEMENTS | 130,000.66 | | | | 130,000.66 |
| ENDING BANK BALANCE | $ 56,814.91 | $ 0.00 | $ 0.00 | $ 0.00 | $ 56,814.91 |
| DEPOSITS IN TRANSIT | | | | | 0.00 |
| OUTSTANDING CHECKS | | | | | 0.00 |
| ADJUSTED BANK BALANCE | $ 56,814.91 | $ 0.00 | $ 0.00 | $ 0.00 | $ 56,814.91 |
| BEGINNING CASH - PER BOOKS* | $ 616.77 | | | | $ 616.77 |
| RECEIPTS* | 186,198.80 | | | | 186,198.80 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | 0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | | | | | 0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 130,000.66 | | | | 130,000.66 |
| ENDING CASH - PER BOOKS* | $ 56,814.91 | $ 0.00 | $ 0.00 | $ 0.00 | $ 56,814.91 |

**SBMOR-Exhibit B-2**      * Numbers should balance (match) BEGINNING CASH, TOTAL RECEIPTS, TOTAL DISBURSEMENTS and ENDING CASH lines on SBMOR-Exhibit B-1. Copies of all bank statements should be attached.      *Revised 01/31/2014*



**Contact us:**
(915) 782-2470



**Branch:**
Western Heritage Bank
2290 Trawood Dr
El Paso, TX  79935

**Visit our website at:**
www.westernheritagebank.com

ADVANCE TRANSPORTATION
SERVICES INCORPORATED
12308 RED SUN DR
EL PASO TX 79938-7738

Page 1 of 17

**Statement Date:  December 31, 2021**

**Account Number:** ████0686

## A PARTNER YOU CAN COUNT ON

Protect your business from financial fraud with Positive Pay today. Positive Pay is a fraud prevention tool businesses can use to protect against check and ACH fraud. Detect suspicious or fraudulent transaction before it's too late. Email our Treasury Management Team today for more information treasurymanagement@westernheritagebank.com

## BASIC BUSINESS CHECKING

### ACCOUNT ACTIVITY SUMMARY

| | |
|---|---|
| Statement period number of days | 31 |
| Average balance | $10,582.54 |
| Total service charge today | $10.00 |

| | | | |
|---|---|---|---|
| **Previous balance** | 11/30/2021 | $129.20 | |
| Deposits/credits | 13 | $166,481.42 | |
| Checks/withdrawals | 157 | $147,179.12 | |
| **Ending balance** | **12/31/2021** | **$19,431.50** | |



### DEPOSITS

| Date | Description | Amount |
|---|---|---|
| 12/02/2021 | INCOMING WIRE FRANCO FACTORING LLC | $22,621.03 |
| 12/03/2021 | ASSOCGLOBAL PMD  ATS.Receivables3 ACH CREDIT PAYMENT 6011357 | $734.76 |
| 12/09/2021 | INCOMING WIRE FRANCO FACTORING LLC | $32,834.39 |
| 12/10/2021 | ASSOCGLOBAL PMD  ATS.Receivables3 ACH CREDIT PAYMENT 6011472 | $2,249.00 |
| 12/13/2021 | REGULAR DEPOSIT | $400.00 |
| 12/16/2021 | INCOMING WIRE FRANCO FACTORING LLC | $33,380.42 |
| 12/17/2021 | ASSOCGLOBAL PMD  ATS.Receivables3 ACH CREDIT PAYMENT 6011592 | $75.00 |
| 12/22/2021 | INET XFER 12-22  FROM XXXXXXXX0279 | $545.00 |



## WESTERN HERITAGE BANK® Member FDIC

**ADVANCE TRANSPORTATION**

Account Number: ●●●●0686

---

### DEPOSITS (continued)

| Date | Description | Amount |
|------|-------------|--------|
| 12/22/2021 | INET XFER 12-22 FROM XXXXXXXX0260 | $2,700.00 |
| 12/22/2021 | REGULAR DEPOSIT | $300.00 |
| 12/23/2021 | INCOMING WIRE FRANCO FACTORING LLC | $36,016.17 |
| 12/23/2021 | ASSOCGLOBAL PMD ATS.Receivables3 ACH CREDIT PAYMENT 6011707 | $5,137.58 |
| 12/30/2021 | INCOMING WIRE FRANCO FACTORING | $29,488.07 |

**Number of Deposits 13**        **Total Deposits $166,481.42**

---

### WITHDRAWALS

| Date | Description | | Amount |
|------|-------------|---|--------|
| 12/01/2021 | STOP PAYMENT FEE | | $32.00 |
| 12/01/2021 | STOP PAYMENT FEE | | $32.00 |
| 12/01/2021 | STOP PAYMENT FEE | | $32.00 |
| 12/01/2021 | STOP PAYMENT FEE | | $32.00 |
| 12/02/2021 | INCOMING DOMESTIC WIRE FEE | | $15.00 |
| 12/02/2021 | STOP PAYMENT FEE Original Item Date 12/01/21 | | $32.00 |
| 12/02/2021 | NSF FEE/PER ITEM RETURNED | | $35.00 |
| 12/02/2021 | INET XFER 12-02 TO XXXXXXXX0260 | | $1,200.00 |
| 12/02/2021 | ACCOUNT FILING FEES | | $100.00 |
| 12/03/2021 | PURCHASE 12-03 WAL Wal-Mart Super 001 EL PASO, TX 3070 | PUL | $100.00 |
| 12/03/2021 | REGULAR WITHDRAWAL | | $4,000.00 |
| 12/03/2021 | STOP PAYMENT FEE | | $32.00 |
| 12/03/2021 | INET XFER 12-03 TO XXXXXXXX0260 | | $100.00 |
| 12/03/2021 | INET XFER 12-03 TO XXXXXXXX0279 | | $100.00 |
| 12/06/2021 | PURCHASE 12-04 ACE CLOUD HOSTING 412-8478199, PA 3070 | MCI | $260.00 |
| 12/06/2021 | PAYMODE-X ATS INC ACH DEBIT MNTHLY FEE F135343500 | | $33.77 |
| 12/06/2021 | WASTE CONNECTION ABRAHAM WARDY ACH DEBIT WEB_PAY 58647120120221 | | $180.70 |
| 12/06/2021 | EL PASO ELECTRIC ABRAHAM WARDY ACH DEBIT B2P*EL PAS 48719017 | | $601.95 |
| 12/06/2021 | SAMSARA ATS ACH DEBIT Samsara ST-X0M3N9E6A5U7 | | $619.45 |
| 12/07/2021 | NSF FEE/PER ITEM RETURNED | | $70.00 |
| 12/07/2021 | GEICO Sally Hamer ACH DEBIT RETRY PYMT | | $203.90 |
| 12/08/2021 | NSF FEE/PER ITEM RETURNED | | $35.00 |
| 12/09/2021 | INCOMING DOMESTIC WIRE FEE | | $15.00 |
| 12/09/2021 | NSF FEE/PER ITEM RETURNED | | $35.00 |
| 12/10/2021 | ATM W/D 12-09 2290 TRAWOOD DRIVE EL PASO, TX 3070 | ONS | $500.00 |
| 12/10/2021 | PURCHASE 12-10 WM SUPERCENTER # EL PASO, TX 3070 | PUL | $500.00 |
| 12/10/2021 | REGULAR WITHDRAWAL | | $6,500.00 |
| 12/10/2021 | PREMIUM FINANCE ATS I, Inc ACH DEBIT Payments 1104-331769 | | $12,503.00 |
| 12/13/2021 | PURCHASE 12-09 VZWRLSS*BILL PAY VW FOLSOM, CA 3070 Recurring Debit | MCI | $435.57 |



**WESTERN HERITAGE BANK** © Member FDIC

Page 3 of 17

**ADVANCE TRANSPORTATION**

Account Number: ████0686

## WITHDRAWALS (continued)

| Date | Description | Amount |
|------|-------------|--------|
| 12/13/2021 | INET XFER 12-13 TO XXXXXXXX0260 | $300.00 |
| 12/13/2021 | T-MOBILE.COM ABRAHAM WARDY ACH DEBIT PCS SVC 0434690 | $700.00 |
| 12/13/2021 | ATT ABRAHAM WARDY ACH DEBIT Payment 017481004SMT2O | $1,100.00 |
| 12/15/2021 | NSF FEE/PER ITEM RETURNED | $35.00 |
| 12/16/2021 | INCOMING DOMESTIC WIRE FEE | $15.00 |
| 12/17/2021 | BILLMATRIX BILLMATRIX ACH DEBIT BILLPAYFEE 10378352472 | $2.35 |
| 12/17/2021 | EL PASO ELECTRIC EL PASO ELECTRIC (PAY ACH DEBIT BILL PAY 10378352471 | $600.00 |
| 12/17/2021 | PREMIUM FINANCE ATS I, Inc ACH DEBIT Payments 1104-331769 | $12,498.32 |
| 12/20/2021 | INET XFER 12-20 TO XXXXXXXX0260 | $500.88 |
| 12/21/2021 | PURCHASE 12-21 WAL-Mart Super 000 EL PASO, TX PUL 3070 | $500.00 |
| 12/22/2021 | PURCHASE 12-20 VZWRLSS*BILL PAY VW FOLSOM, CA MCI 3070 Recurring Debit | $300.00 |
| 12/22/2021 | TRAVELERS ATS I, INC ATS I, INC ACH DEBIT BUS INSUR BPITBI077314038 | $2,800.00 |
| 12/23/2021 | INCOMING DOMESTIC WIRE FEE | $15.00 |
| 12/23/2021 | PURCHASE 12-23 MURPHY7218ATWAL EL PASO, TX MAP 3070 | $19.00 |
| 12/23/2021 | PURCHASE 12-23 WAL-MART #3661 EL PASO, TX PUL 3070 | $500.00 |
| 12/23/2021 | REGULAR WITHDRAWAL | $1,500.00 |
| 12/23/2021 | INET XFER 12-23 TO XXXXXXXX0260 | $500.00 |
| 12/24/2021 | REGULAR WITHDRAWAL | $7,000.00 |
| 12/24/2021 | CHASE CREDIT CRD ABRAHAM J WARDY ACH DEBIT EPAY 5686823899 | $750.00 |
| 12/24/2021 | INET XFER 12-23 TO XXXXXXXX0260 | $1,500.00 |
| 12/27/2021 | PURCHASE 12-24 TEXAS ROADHOUSE #2178 EL PASO, TX MCI 3070 | $300.00 |
| 12/27/2021 | PURCHASE 12-27 WAL Wal-Mart Super 002 EL PASO, TX PUL 3070 | $500.00 |
| 12/27/2021 | DIRECTV *ABE WARDY ACH DEBIT DIRECTV 3517574 | $422.03 |
| 12/27/2021 | ATT ABRAHAM WARDY ACH DEBIT Payment 182601004SMT2C | $527.17 |
| 12/27/2021 | INET XFER 12-27 TO XXXXXXXX0279 | $600.00 |
| 12/27/2021 | INET XFER 12-27 TO XXXXXXXX0260 | $1,100.00 |
| 12/28/2021 | PURCHASE 12-28 WAL Wal-Mart Super 000 EL PASO, TX PUL 3070 | $500.00 |
| 12/28/2021 | REGULAR WITHDRAWAL | $1,000.00 |
| 12/28/2021 | INET XFER 12-28 TO XXXXXXXX0260 | $300.00 |
| 12/29/2021 | BILLMATRIX BILLMATRIX ACH DEBIT BILLPAYFEE 10399972902 | $2.50 |
| 12/29/2021 | EPWU - CONSUMER EPWU - CONSUMER IVR ACH DEBIT BILL PAY 10399972901 | $77.33 |
| 12/30/2021 | INCOMING DOMESTIC WIRE FEE | $15.00 |
| 12/30/2021 | PURCHASE 12-28 SHEFFIELD FINANCIAL LL 336-7661388, NC MCI 3070 | $352.44 |
| 12/30/2021 | PURCHASE 12-30 WAL-MART #3661 EL PASO, TX PUL 3070 | $500.00 |
| 12/30/2021 | REGULAR WITHDRAWAL | $1,000.00 |
| 12/30/2021 | TIMEPAYMENT CORP WARDY ABRAHAM ACH DEBIT INTERNET 043000094175322 | $552.72 |
| 12/30/2021 | INET XFER 12-30 TO XXXXXXXX0279 | $1,000.00 |



## WESTERN HERITAGE BANK© Member FDIC

Page 4 of 17

**ADVANCE TRANSPORTATION**

Account Number: ████0686

### WITHDRAWALS (continued)

| Date | Description | Amount |
|------|-------------|--------|
| 12/31/2021 | PURCHASE  12-30 ECONOMY C ECONOMY CASH EL PASO, TX MAP  3070 | $99.80 |
| 12/31/2021 | OUTGOING WIRE CIT BANK N A | $2,516.42 |
| 12/31/2021 | OUTGOING DOMESTIC WIRE FEE | $25.00 |
| 12/31/2021 | REGULAR WITHDRAWAL | $5,000.00 |
| 12/31/2021 | GEICO        Sally Hamer ACH DEBIT  PREM COLL | $205.00 |
| 12/31/2021 | TRAVELERS      ATS I, INC ATS I, INC ACH DEBIT  BUS INSUR BPITBI078225973 | $2,638.00 |
| 12/31/2021 | MONTHLY SERVICE CHARGE | $10.00 |

**Number of Withdrawals 73**    **Total Withdrawals $78,714.30**

### CHECKS

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 12217 | 12/17/21 | $2,000.00 | 12405 | 12/10/21 | $957.00 | 12435 | 12/28/21 | $465.00 |
| 12356 * | 12/06/21 | $599.50 | 12406 | 12/17/21 | $450.00 | 12436 | 12/24/21 | $550.00 |
| 12373 * | 12/03/21 | $7,000.00 | 12407 | 12/10/21 | $705.00 | 12437 | 12/24/21 | $940.50 |
| 12374 | 12/03/21 | $1,571.00 | 12408 | 12/10/21 | $750.37 | 12438 | 12/27/21 | $455.00 |
| 12375 | 12/10/21 | $700.00 | 12409 | 12/10/21 | $690.33 | 12439 | 12/23/21 | $786.00 |
| 12376 | 12/03/21 | $395.00 | 12410 | 12/13/21 | $475.00 | 12440 | 12/23/21 | $750.37 |
| 12378 * | 12/09/21 | $2,000.00 | 12411 | 12/10/21 | $500.00 | 12441 | 12/23/21 | $690.33 |
| 12379 | 12/03/21 | $396.00 | 12412 | 12/10/21 | $500.00 | 12442 | 12/27/21 | $475.00 |
| 12380 | 12/06/21 | $645.00 | 12413 | 12/10/21 | $500.00 | 12443 | 12/30/21 | $500.00 |
| 12381 | 12/03/21 | $335.50 | 12414 | 12/10/21 | $300.00 | 12444 | 12/23/21 | $400.00 |
| 12382 | 12/03/21 | $614.50 | 12415 | 12/28/21 | $1,000.00 | 12445 | 12/23/21 | $500.00 |
| 12383 | 12/13/21 | $423.50 | 12416 | 12/22/21 | $4,726.87 | 12446 | 12/24/21 | $1,000.00 |
| 12384 | 12/10/21 | $330.00 | 12417 | 12/17/21 | $400.00 | 12447 | 12/24/21 | $300.00 |
| 12385 | 12/03/21 | $430.00 | 12418 | 12/17/21 | $750.37 | 12448 | 12/27/21 | $200.00 |
| 12386 | 12/03/21 | $695.37 | 12419 | 12/17/21 | $690.33 | 12450 * | 12/28/21 | $546.00 |
| 12387 | 12/03/21 | $580.33 | 12420 | 12/21/21 | $475.00 | 12451 | 12/30/21 | $745.45 |
| 12388 | 12/06/21 | $475.00 | 12421 | 12/17/21 | $500.00 | 12453 * | 12/28/21 | $700.00 |
| 12389 | 12/03/21 | $500.00 | 12422 | 12/17/21 | $500.00 | 12454 | 12/29/21 | $2,000.00 |
| 12390 | 12/03/21 | $500.00 | 12423 | 12/17/21 | $418.00 | 12455 | 12/30/21 | $500.00 |
| 12391 | 12/03/21 | $500.00 | 12424 | 12/17/21 | $580.00 | 12456 | 12/30/21 | $495.00 |
| 12392 | 12/09/21 | $300.00 | 12425 | 12/21/21 | $360.00 | 12458 * | 12/31/21 | $539.00 |
| 12393 | 12/03/21 | $235.00 | 12427 * | 12/17/21 | $918.50 | 12460 * | 12/31/21 | $451.00 |
| 12394 | 12/09/21 | $1,000.00 | 12428 | 12/17/21 | $360.00 | 12461 | 12/31/21 | $724.00 |
| 12399 * | 12/09/21 | $654.50 | 12429 | 12/17/21 | $655.00 | 12462 | 12/31/21 | $341.00 |
| 12400 | 12/09/21 | $600.00 | 12430 | 12/17/21 | $6,000.00 | 12463 | 12/31/21 | $515.00 |
| 12402 * | 12/10/21 | $590.00 | 12431 | 12/24/21 | $700.00 | 12464 | 12/31/21 | $695.37 |
| 12403 | 12/13/21 | $495.00 | 12433 * | 12/24/21 | $665.50 | 12465 | 12/31/21 | $580.33 |
| 12404 | 12/10/21 | $528.00 | 12434 | 12/23/21 | $550.00 | 12469 * | 12/31/21 | $450.00 |

**\* Indicates Break In Sequence**

**Number of Checks 84**    **Total Amount of Checks $68,464.82**

### DAILY BALANCE SUMMARY

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 12/01/2021 | $1.20 | 12/03/2021 | $3,890.29 | 12/07/2021 | $201.02 |
| 12/02/2021 | $21,240.23 | 12/06/2021 | $474.92 | 12/08/2021 | $166.02 |



# WESTERN HERITAGE BANK© Member FDIC

**ADVANCE TRANSPORTATION**

Account Number: ████0686

## DAILY BALANCE SUMMARY (continued)

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 12/09/2021 | $28,395.91 | 12/20/2021 | $5,643.81 | 12/27/2021 | $16,984.79 |
| 12/10/2021 | $3,591.21 | 12/21/2021 | $4,308.81 | 12/28/2021 | $12,473.79 |
| 12/13/2021 | $62.14 | 12/22/2021 | $26.94 | 12/29/2021 | $10,393.96 |
| 12/15/2021 | $27.14 | 12/23/2021 | $34,969.99 | 12/30/2021 | $34,221.42 |
| 12/16/2021 | $33,392.56 | 12/24/2021 | $21,563.99 | 12/31/2021 | $19,431.50 |
| 12/17/2021 | $6,144.69 | | | | |

## IMAGES



12/13/2021          $400.00



12/22/2021          $300.00

12/03/2021          $4,000.00

12/10/2021          $6,500.00

12/23/2021          $1,500.00

12/24/2021          $7,000.00



## WESTERN HERITAGE BANK © Member FDIC

**ADVANCE TRANSPORTATION**

Account Number: ███0686

## IMAGES (continued)

| | |
|---|---|
| WESTERN HERITAGE BANK LAS CRUCES, NM DEMING, NM • EL PASO, TX — **WITHDRAWAL** DATE 12/28/21 SIGNATURE Abe Wardy AMOUNT ONE THOUSAND DOLLARS ACCOUNT NUMBER ██████0686 $ 1000.00 AMOUNT OF WITHDRAWAL ⑆551110676⑆ FUEL Abraham Wardy | WESTERN HERITAGE BANK LAS CRUCES, NM DEMING, NM • EL PASO, TX — **WITHDRAWAL** DATE 12/30/21 SIGNATURE Abe Wardy AMOUNT ONE THOUSAND DOLLARS ACCOUNT NUMBER ██████0686 $ 1000.00 AMOUNT OF WITHDRAWAL ⑆551110676⑆ FUEL |
| 12/28/2021     $1,000.00 | 12/30/2021     $1,000.00 |
| WESTERN HERITAGE BANK LAS CRUCES, NM DEMING, NM • EL PASO, TX — **WITHDRAWAL** DATE 12/31/21 SIGNATURE Abe Wardy AMOUNT FIVE THOUSAND DOLLARS ACCOUNT NUMBER ██████0686 $ 5000.00 AMOUNT OF WITHDRAWAL ⑆551110676⑆ 20 = 800   1 = 15 10 = 100 5 = 50 | ATB 012217 HOT WHEELS AUTOMOTIVE $ 2,000.00 Two Thousand and 00/100 DOLLARS HOT WHEELS AUTOMOTIVE MEMO REBUILD & INSTALL TRANSMISSION Abe Wardy ⑆012217⑆ ⑆112205763⑆ ███0686⑆ |
| 12/31/2021     $5,000.00 | Check #12217     12/17/2021     $2,000.00 |
| ATB 012356 11/28/2021 PAY TO THE ORDER OF DAVID A. OBERG $ 599.50 Five Hundred Ninety-Nine and 50/100 DOLLARS DAVID A. OBERG MEMO Abe Wardy ⑆012356⑆ ⑆112205763⑆ ███0686⑆ | ATB 012373 11/29/2021 PAY TO THE ORDER OF E.P. BUD KIRK ATTORNEY AT LAW $ 7,000.00 Seven Thousand and 00/100 DOLLARS E.P. BUD KIRK ATTORNEY AT LAW MEMO LEGAL FEE'S Abe Wardy ⑆012373⑆ ⑆112205763⑆ ███0686⑆ |
| Check #12356     12/06/2021     $599.50 | Check #12373     12/03/2021     $7,000.00 |
| ATB 012374 11/30/2021 PAY TO THE ORDER OF E.P. BUD KIRK ATTORNEY AT LAW $ 1,571.00 One Thousand Five Hundred Seventy-One and 00/100 DOLLARS E.P. BUD KIRK ATTORNEY AT LAW MEMO FILING FEES Abe Wardy ⑆012374⑆ ⑆112205763⑆ ███0686⑆ | ATB 012375 12/2/2021 PAY TO THE ORDER OF C&H AUTOMOTIVE $ 700.00 Seven Hundred and 00/100 DOLLARS C&H AUTOMOTIVE MEMO TRUCK REPAIR UNIT Abe Wardy ⑆012375⑆ ⑆112205763⑆ ███0686⑆ |
| Check #12374     12/03/2021     $1,571.00 | Check #12375     12/10/2021     $700.00 |



# WESTERN HERITAGE BANK ©

**ADVANCE TRANSPORTATION**

Account Number: ▓▓▓0686

## IMAGES (continued)



| | |
|---|---|
| Check #12376   12/03/2021   $395.00 | Check #12378   12/09/2021   $2,000.00 |
| Check #12379   12/03/2021   $396.00 | Check #12380   12/06/2021   $645.00 |
| Check #12381   12/03/2021   $335.50 | Check #12382   12/03/2021   $614.50 |
| Check #12383   12/13/2021   $423.50 | Check #12384   12/10/2021   $330.00 |



# WESTERN HERITAGE BANK©

**ADVANCE TRANSPORTATION**

Account Number: ██████0686

## IMAGES (continued)



| Check #12385 | 12/03/2021 | $430.00 |
| Check #12386 | 12/03/2021 | $695.37 |
| Check #12387 | 12/03/2021 | $580.33 |
| Check #12388 | 12/06/2021 | $475.00 |
| Check #12389 | 12/03/2021 | $500.00 |
| Check #12390 | 12/03/2021 | $500.00 |
| Check #12391 | 12/03/2021 | $500.00 |
| Check #12392 | 12/09/2021 | $300.00 |



# WESTERN HERITAGE BANK©

**ADVANCE TRANSPORTATION**

Account Number: 0686

## IMAGES (continued)



| | | |
|---|---|---|
| Check #12393 | 12/03/2021 | $235.00 |
| Check #12394 | 12/09/2021 | $1,000.00 |
| Check #12399 | 12/09/2021 | $654.50 |
| Check #12400 | 12/09/2021 | $600.00 |
| Check #12402 | 12/10/2021 | $590.00 |
| Check #12403 | 12/13/2021 | $495.00 |
| Check #12404 | 12/10/2021 | $528.00 |
| Check #12405 | 12/10/2021 | $957.00 |



# WESTERN HERITAGE BANK©

**ADVANCE TRANSPORTATION**

Account Number: ████0686

## IMAGES (continued)



| Check #12406 | 12/17/2021 | $450.00 |
| Check #12407 | 12/10/2021 | $705.00 |
| Check #12408 | 12/10/2021 | $750.37 |
| Check #12409 | 12/10/2021 | $690.33 |
| Check #12410 | 12/13/2021 | $475.00 |
| Check #12411 | 12/10/2021 | $500.00 |
| Check #12412 | 12/10/2021 | $500.00 |
| Check #12413 | 12/10/2021 | $500.00 |



# WESTERN HERITAGE BANK®

Member FDIC

**ADVANCE TRANSPORTATION**

Account Number: ████0686

## IMAGES (continued)

| Check #12414 | 12/10/2021 | $300.00 |
|---|---|---|

| Check #12415 | 12/28/2021 | $1,000.00 |
|---|---|---|

| Check #12416 | 12/22/2021 | $4,726.87 |
|---|---|---|

| Check #12417 | 12/17/2021 | $400.00 |
|---|---|---|

| Check #12418 | 12/17/2021 | $750.37 |
|---|---|---|

| Check #12419 | 12/17/2021 | $690.33 |
|---|---|---|

| Check #12420 | 12/21/2021 | $475.00 |
|---|---|---|

| Check #12421 | 12/17/2021 | $500.00 |
|---|---|---|



# WESTERN HERITAGE BANK®

Member FDIC

**ADVANCE TRANSPORTATION**

Account Number: ●●●●0686

## IMAGES (continued)



| | | |
|---|---|---|
| Check #12422 | 12/17/2021 | $500.00 |
| Check #12423 | 12/17/2021 | $418.00 |
| Check #12424 | 12/17/2021 | $580.00 |
| Check #12425 | 12/21/2021 | $360.00 |
| Check #12427 | 12/17/2021 | $918.50 |
| Check #12428 | 12/17/2021 | $360.00 |
| Check #12429 | 12/17/2021 | $655.00 |
| Check #12430 | 12/17/2021 | $6,000.00 |



**WESTERN HERITAGE BANK**® Member FDIC

**ADVANCE TRANSPORTATION**

Account Number: ●●●●0686

## IMAGES (continued)

| | |
|---|---|
| Check #12431    12/24/2021    $700.00 | Check #12433    12/24/2021    $665.50 |
| Check #12434    12/23/2021    $550.00 | Check #12435    12/28/2021    $465.00 |
| Check #12436    12/24/2021    $550.00 | Check #12437    12/24/2021    $940.50 |
| Check #12438    12/27/2021    $455.00 | Check #12439    12/23/2021    $786.00 |



# WESTERN HERITAGE BANK® Member FDIC

**ADVANCE TRANSPORTATION**

Account Number: ⬛⬛0686

## IMAGES (continued)



| Check #12440 | 12/23/2021 | $750.37 |
| Check #12441 | 12/23/2021 | $690.33 |

| Check #12442 | 12/27/2021 | $475.00 |
| Check #12443 | 12/30/2021 | $500.00 |

| Check #12444 | 12/23/2021 | $400.00 |
| Check #12445 | 12/23/2021 | $500.00 |

| Check #12446 | 12/24/2021 | $1,000.00 |
| Check #12447 | 12/24/2021 | $300.00 |



## WESTERN HERITAGE BANK®

Member FDIC

**ADVANCE TRANSPORTATION**

Account Number: 0686

## IMAGES (continued)



| Check #12448 | 12/27/2021 | $200.00 |
| Check #12450 | 12/28/2021 | $546.00 |
| Check #12451 | 12/30/2021 | $745.45 |
| Check #12453 | 12/28/2021 | $700.00 |
| Check #12454 | 12/29/2021 | $2,000.00 |
| Check #12455 | 12/30/2021 | $500.00 |
| Check #12456 | 12/30/2021 | $495.00 |
| Check #12458 | 12/31/2021 | $539.00 |



## WESTERN HERITAGE BANK ©
Member FDIC

**ADVANCE TRANSPORTATION**

Account Number: ●●●0686

### IMAGES (continued)



| Check #12460 | 12/31/2021 | $451.00 |
| Check #12461 | 12/31/2021 | $724.00 |
| Check #12462 | 12/31/2021 | $341.00 |
| Check #12463 | 12/31/2021 | $515.00 |
| Check #12464 | 12/31/2021 | $695.37 |
| Check #12465 | 12/31/2021 | $580.33 |
| Check #12469 | 12/31/2021 | $450.00 |

## Account Reconciliation Form

A. The ending balance shown on
   statement $ _____

B. List deposits not shown on
   statement $ _____
   $ _____
   $ _____
   $ _____

C. Total of lines B $ _____
D. Add line C to line A $ _____
E. List below all checks written and any
   withdrawals not posted on statement

H. The ending balance in your check
   register $ _____

I. List deposits, transfers or interest
   credited not already listed in your
   check register $ _____
   $ _____
   $ _____
   $ _____

J. Total of lines I $ _____
K. Add line J to line H $ _____
L. List below all checks and charges not
   already reflected in your check register

| Check # | $ Amount | Check # | $ Amount | Check # | $ Amount | Check # | $ Amount |
|---------|----------|---------|----------|---------|----------|---------|----------|
| _____ | $ _____ | _____ | $ _____ | _____ | $ _____ | _____ | $ _____ |
| _____ | $ _____ | _____ | $ _____ | _____ | $ _____ | _____ | $ _____ |
| _____ | $ _____ | _____ | $ _____ | _____ | $ _____ | _____ | $ _____ |
| _____ | $ _____ | _____ | $ _____ | _____ | $ _____ | _____ | $ _____ |
| _____ | $ _____ | _____ | $ _____ | _____ | $ _____ | _____ | $ _____ |

F. Total of Column E $ _____
G. Subtract line F from line D $ _____

M. Total of Column L $ _____
N. Subtract line M from line K $ _____

The balances (Line "G" and Line "N" above) should agree. If not, recheck your entries from this statement and your check register. All deposits and credits are subject to final collection.

**The following pertains to accounts established for personal, family or household purposes only.**

For information regarding business and custodial accounts please refer to your account disclosure. Contact us if you have a specific question pertaining to your account.

**In Case of Errors or Questions About Your Electronic Transfers**

Direct inquiries to us at our address or telephone number printed on the front page of this statement if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within 3 business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**The Information below is applicable to those Accounts which may be subject to an Interest Charge.**

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us (on a separate sheet) at our address shown on the front page of this statement as soon as possible. In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors, and

you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**PAYMENT INFORMATION -** Please mail or deliver your payment to the financial institution at the address indicated on the reverse side hereof. Payments received on weekends and holidays will be credited the next business day. Payments received after your closing date will appear on your next statement. If the financial institution has been authorized to deduct the minimum payment from your Account, it will be deducted and credited to your Account as of the date shown on the reverse side hereof. To avoid additional INTEREST CHARGES, pay your balance in full. Please call the financial institution for the exact balance as the balance changes daily.

**INTEREST CHARGE -** The INTEREST CHARGE on your account is calculated by applying the different PERIODIC RATES to the appropriate range of the outstanding daily balance of your account. The outstanding daily balance is calculated by using the beginning balance of your account each day, adding any new advances or debits, and subtracting any payments or credits. The INTEREST CHARGE may be determined as follows:

1. Using the rate ranges, separate the outstanding daily balance into appropriate range amounts.
2. Multiply each outstanding daily balance by the applicable periodic rate.
3. Multiply each of these results by the number of days the applicable rate was in effect.
4. Add the results of step #3 together.

**USE OF THE AVERAGE DAILY BALANCE - If the daily balances are not shown on your statement, the average daily balance may be used. The average daily balance is or can be multiplied by the number of days in the billing cycle and the periodic rate applied to the product to determine the amount of the interest charge.** To calculate the average daily balance, all of the daily balances for the billing cycle are added up, and the total is divided by the number of days in the billing cycle. The INTEREST CHARGE is or may be determined as follows:

1. Multiplying each of the average balances by the number of days in the billing cycle (or if the daily rate varied during the cycle, by multiplying by the number of days the applicable rate was in effect).
2. Multiplying each of the results by the applicable periodic rate, and adding these products together.



**Contact us:**
(915) 782-2470

**Branch:**
Western Heritage Bank
2290 Trawood Dr
El Paso, TX  79935

**Visit our website at:**
www.westernheritagebank.com



ATS I, INC
12308 RED SUN DR
EL PASO TX 79938-7738

Page 1 of 5

**Statement Date:  December 31, 2021**                    Account Number:  ████0260

## A PARTNER YOU CAN COUNT ON

Protect your business from financial fraud with Positive Pay today. Positive Pay is a fraud prevention tool businesses can use to protect against check and ACH fraud. Detect suspicious or fraudulent transaction before it's too late. Email our Treasury Management Team today for more information treasurymanagement@westernheritagebank.com

## BASIC BUSINESS CHECKING

### ACCOUNT ACTIVITY SUMMARY

| | |
|---|---|
| Statement period number of days | 31 |
| Average balance | $1,446.58 |
| Total service charge today | $10.00 |



| | | | |
|---|---|---|---|
| Previous balance | 11/30/2021 | $487.57 - | Debits $19,019.25 |
| Deposits/credits | 20 | $19,717.38 | Credits $19,717.38 |
| Checks/withdrawals | 47 | $19,019.25 | |
| **Ending balance** | **12/31/2021** | **$210.56** | |

### DEPOSITS

| Date | Description | Amount |
|---|---|---|
| 12/02/2021 | INET XFER 12-02  FROM XXXXXXXX0686 | $1,200.00 |
| 12/02/2021 | RADIANT GLOBAL L 0002, INC ACH CREDIT WEEKLYPAY  0000131562 | $70.00 |
| 12/03/2021 | INET XFER 12-03  FROM XXXXXXXX0686 | $100.00 |
| 12/06/2021 | DANZAS CORPORATI 0014ATS I INC ACH CREDIT 2117700583 2117700583 | $19.50 |
| 12/07/2021 | U-HAUL INT'L    ATS ACH CREDIT DLR PYMNTS 56790 | $49.85 |
| 12/13/2021 | INET XFER 12-13  FROM XXXXXXXX0686 | $300.00 |
| 12/13/2021 | DANZAS CORPORATI 0014ATS I INC ACH CREDIT 2118000626 2118000626 | $19.50 |
| 12/14/2021 | DANZAS CORPORATI 0014ATS I INC ACH CREDIT 2118054858 2118054858 | $10,883.50 |



**WESTERN HERITAGE BANK** © Member FDIC

Page 2 of 5

**ATS I, INC**

Account Number: ●●●●●0260

## DEPOSITS (continued)

| Date | Description | Amount |
|---|---|---|
| 12/14/2021 | U-HAUL INT'L ATS ACH CREDIT DLR PYMNTS 56790 | $171.02 |
| 12/20/2021 | INET XFER 12-20 FROM XXXXXXXX0686 | $500.88 |
| 12/20/2021 | DANZAS CORPORATI 0014ATS I INC ACH CREDIT 2118518210 2118518210 | $2,161.95 |
| 12/20/2021 | RADIANT GLOBAL L 0009, INC ACH CREDIT WEEKLYPAY 0000131562 | $685.00 |
| 12/21/2021 | U-HAUL INT'L ATS ACH CREDIT DLR PYMNTS 56790 | $15.84 |
| 12/23/2021 | INET XFER 12-23 FROM XXXXXXXX0686 | $500.00 |
| 12/24/2021 | INET XFER 12-23 FROM XXXXXXXX0686 | $1,500.00 |
| 12/27/2021 | INET XFER 12-27 FROM XXXXXXXX0686 | $1,100.00 |
| 12/28/2021 | INET XFER 12-28 FROM XXXXXXXX0686 | $300.00 |
| 12/28/2021 | U-HAUL INT'L ATS ACH CREDIT DLR PYMNTS 56790 | $7.92 |
| 12/29/2021 | REFUND 12-27 INTERSTATE BATTERY SYS EL PASO, TX MCI 5144 | $97.42 |
| 12/30/2021 | RADIANT GLOBAL L 0001, INC ACH CREDIT WEEKLYPAY 0000131562 | $35.00 |

**Number of Deposits 20**  **Total Deposits $19,717.38**

## WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 12/01/2021 | NSF FEE/PER ITEM RETURNED | $35.00 |
| 12/02/2021 | STOP PAYMENT FEE Original Item Date 12/01/21 | $32.00 |
| 12/02/2021 | STOP PAYMENT FEE Original Item Date 12/01/21 | $32.00 |
| 12/02/2021 | STOP PAYMENT FEE Original Item Date 12/01/21 | $32.00 |
| 12/02/2021 | STOP PAYMENT FEE Original Item Date 12/01/21 | $32.00 |
| 12/02/2021 | ATT advanced transportatio ACH DEBIT RETRY PYMT | $53.76 |
| 12/02/2021 | DISCOVER WARDY ABRAHAM ACH DEBIT E-PAYMENT 6070 | $500.00 |
| 12/03/2021 | PAYMENTUS ATS I INC ACH DEBIT BILLPAY PAYMENTUSCORP_I | $1.49 |
| 12/03/2021 | TEXASGASSERVICE ATS I INC ACH DEBIT BILLPAY TEXASGASSERVICE | $139.12 |
| 12/07/2021 | NSF FEE/PER ITEM RETURNED | $35.00 |
| 12/07/2021 | INET XFER 12-07 TO XXXXXXXX0279 | $55.00 |
| 12/13/2021 | ATT ABRAHAM WARDY ACH DEBIT Payment 019492004SMT2O | $300.00 |
| 12/14/2021 | PURCHASE 12-14 WM SUPERCENTER # EL PASO, TX PUL 5144 | $500.00 |
| 12/14/2021 | REGULAR WITHDRAWAL | $3,000.00 |
| 12/15/2021 | POS PYMT 12-15 BillMatrix Farmington, MI PUL 5144 | $679.90 |
| 12/16/2021 | PURCHASE 12-16 WAL-MART #3661 EL PASO, TX PUL 5144 | $500.00 |
| 12/16/2021 | INET XFER 12-16 TO XXXXXXXX0279 | $500.00 |
| 12/17/2021 | PURCHASE 12-17 WAL SAM'S Club 002 EL PASO, TX PUL 5144 | $166.58 |
| 12/17/2021 | PURCHASE 12-16 FLEETPRIDE880 EL PASO, TX MCI 5144 | $270.63 |
| 12/17/2021 | PURCHASE 12-17 INTERSTATE BATT EL PASO, TX MAP 5144 | $301.11 |
| 12/17/2021 | REGULAR WITHDRAWAL Original Item Date 12/16/21 | $1,000.00 |
| 12/20/2021 | PURCHASE 12-18 CIRCLE K # 41253 2210 EL PASO, TX MAP 5144 | $62.19 |



**WESTERN HERITAGE BANK** © Member FDIC

Page 3 of 5

**ATS I, INC**

Account Number: ____0260

## WITHDRAWALS (continued)

| Date | Description | Amount |
|---|---|---|
| 12/20/2021 | PURCHASE  12-17 ECONOMY C ECONOMY CASH EL PASO, TX  MAP  5144 | $93.82 |
| 12/20/2021 | PURCHASE  12-17 LUBE X-PRESS PEBBLE HI EL PASO, TX  MCI  5144 | $153.14 |
| 12/20/2021 | PURCHASE  12-20 WAL-MART #3661 EL PASO, TX  PUL  5144 | $500.00 |
| 12/20/2021 | REGULAR WITHDRAWAL | $1,000.00 |
| 12/20/2021 | PAYPAL  ABRAHAM WARDY ACH DEBIT  INST XFER  1017449612510 | $67.00 |
| 12/20/2021 | YOUR PROPANE COM ATS I, INC ACH DEBIT  BT1216  160700600 | $364.20 |
| 12/21/2021 | PURCHASE  12-20 ACE HDWE OF EL PASO EL PASO, TX  MCI  5144 | $85.49 |
| 12/21/2021 | PREMIUM FINANCE  ATS I, Inc ACH DEBIT  Payments  1104-361105 | $72.15 |
| 12/21/2021 | SIG / BRIDIE & A ATS I ACH DEBIT  SALE | $860.00 |
| 12/22/2021 | INET XFER 12-22  TO XXXXXXXX0686 | $2,700.00 |
| 12/23/2021 | PURCHASE  12-22 TMOBILE*WEB UPGRADE 800-937-8997 , WA  MCI  5144 | $273.24 |
| 12/23/2021 | CONNEXUS  ALEXIA WRIGHT ACH DEBIT  ExtrnlTfr  11342220 | $531.68 |
| 12/27/2021 | PURCHASE  12-26 AT&T COR DF 8003310500, TX  MCI  5144  Recurring Debit | $61.87 |
| 12/27/2021 | MERRICK BANK COR ABRAHAM J WARDY JR ACH DEBIT  MOBILE PAY  213580251854610 | $250.00 |
| 12/27/2021 | CREDIT ONE BANK  ABRAHAM WARDY ACH DEBIT  Payment  20895127 | $300.00 |
| 12/27/2021 | CREDIT ONE BANK  ABRAHAM WARDY ACH DEBIT  Payment  42803874 | $300.00 |
| 12/27/2021 | ATT  ABRAHAM WARDY ACH DEBIT  Payment  198411001SMT2D | $325.19 |
| 12/27/2021 | CITI CARD ONLINE ABRAHAM J WARDY ACH DEBIT  PAYMENT  430624575402342 | $450.00 |
| 12/27/2021 | DISCOVER  WARDY ABRAHAM ACH DEBIT  E-PAYMENT  6070 | $500.00 |
| 12/27/2021 | TARGET CARD SRVC 2A WARDY  M ACH DEBIT  BILL PAY  000000005950541 | $500.00 |
| 12/28/2021 | ATT  advanced transportatio ACH DEBIT  Payment | $53.76 |
| 12/28/2021 | SPECTRUM  ADVANCED TRANSPORTATIO ACH DEBIT  SPECTRUM  0099288 | $217.43 |
| 12/31/2021 | MONTHLY SERVICE CHARGE | $10.00 |

**Number of Withdrawals 45**  **Total Withdrawals $17,896.75**

## CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 7162 | 12/17/21 | $600.00 | 7163 | 12/20/21 | $522.50 |

**Number of Checks 2**  **Total Amount of Checks $1,122.50**

## DAILY BALANCE SUMMARY

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 12/01/2021 | $522.57 - | 12/07/2021 | $4.41 | 12/16/2021 | $5,898.53 |
| 12/02/2021 | $65.67 | 12/13/2021 | $23.91 | 12/17/2021 | $3,560.21 |
| 12/03/2021 | $25.06 | 12/14/2021 | $7,578.43 | 12/20/2021 | $4,145.19 |
| 12/06/2021 | $44.56 | 12/15/2021 | $6,898.53 | 12/21/2021 | $3,143.39 |



# WESTERN HERITAGE BANK©

Member FDIC

Page 4 of 5

**ATS I, INC**

**Account Number:** ▓▓▓0260

## DAILY BALANCE SUMMARY (continued)

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 12/22/2021 | $443.39 | 12/27/2021 | $51.41 | 12/30/2021 | $220.56 |
| 12/23/2021 | $138.47 | 12/28/2021 | $88.14 | 12/31/2021 | $210.56 |
| 12/24/2021 | $1,638.47 | 12/29/2021 | $185.56 | | |

## IMAGES

| | |
|---|---|
| WESTERN HERITAGE BANK, LAS CRUCES, NM, DEMING, NM • EL PASO, TX — WITHDRAWAL — DATE 12/14/21 SIGNATURE Abe Wardy AMOUNT THREE THOUSAND DOLLARS ACCOUNT NUMBER *___0260 $ 3000.00 Abraham Wardy FUEL ⑆5511106760 FUEL | WESTERN HERITAGE BANK, DEMING, NM • EL PASO, TX — WITHDRAWAL — DATE 12/16/21 SIGNATURE Abe Wardy AMOUNT ONE THOUSAND DOLLARS ACCOUNT NUMBER *___0260 $ 100000 ⑆5511106760 FUEL |
| 12/14/2021        $3,000.00 | 12/16/2021        $1,000.00 |
| WESTERN HERITAGE BANK, LAS CRUCES, NM, EL PASO, TX — WITHDRAWAL Abraham Wardy — DATE 12/20/21 SIGNATURE Abe Wardy AMOUNT ONE THOUSAND DOLLARS ACCOUNT NUMBER *___0260 $ 1000.00 ⑆5511106760 FUEL | ATS I, INC ... WESTERN HERITAGE BANK 007162 12/17/2021 PAY TO THE ORDER OF CONNIE GALLARDO $ *600.00 Six Hundred and 00/100 DOLLARS CONNIE GALLARDO ATS I, INC MEMO FUEL PURCHASE Abe Wardy AUTHORIZED SIGNATURE ⑈007162⑈ ⑆112206763⑈ 0260⑈ |
| 12/20/2021        $1,000.00 | Check #7162        12/17/2021        $600.00 |
| ATS I, INC ... WESTERN HERITAGE BANK 007163 12/17/2021 PAY TO THE ORDER OF DAVID LEYVA $ *522.50 Five Hundred Twenty-Two and 50/100 DOLLARS DAVID LEYVA ATS I, INC MEMO Abe Wardy AUTHORIZED SIGNATURE ⑈007163⑈ ⑆112206763⑈ 0260⑈ | |
| Check #7163        12/20/2021        $522.50 | |

## Account Reconciliation Form

A. The ending balance shown on statement $ _____

B. List deposits not shown on statement $ _____
$ _____
$ _____
$ _____

C. Total of lines B $ _____
D. Add line C to line A $ _____
E. List below all checks written and any withdrawals not posted on statement

| Check # | $ Amount | Check # | $ Amount |
|---------|----------|---------|----------|
| _____ | $ _____ | _____ | $ _____ |
| _____ | $ _____ | _____ | $ _____ |
| _____ | $ _____ | _____ | $ _____ |
| _____ | $ _____ | _____ | $ _____ |
| _____ | $ _____ | _____ | $ _____ |

F. Total of Column E $ _____
G. Subtract line F from line D $ _____

H. The ending balance in your check register $ _____

I. List deposits, transfers or interest credited not already listed in your check register $ _____
$ _____
$ _____
$ _____

J. Total of lines I $ _____
K. Add line J to line H $ _____
L. List below all checks and charges not already reflected in your check register

| Check # | $ Amount | Check # | $ Amount |
|---------|----------|---------|----------|
| _____ | $ _____ | _____ | $ _____ |
| _____ | $ _____ | _____ | $ _____ |
| _____ | $ _____ | _____ | $ _____ |
| _____ | $ _____ | _____ | $ _____ |
| _____ | $ _____ | _____ | $ _____ |

M. Total of Column L $ _____
N. Subtract line M from line K $ _____

The balances (Line "G" and Line "N" above) should agree. If not, recheck your entries from this statement and your check register. All deposits and credits are subject to final collection.

**The following pertains to accounts established for personal, family or household purposes only.**

For information regarding business and custodial accounts please refer to your account disclosure. Contact us if you have a specific question pertaining to your account.

**In Case of Errors or Questions About Your Electronic Transfers**

Direct inquiries to us at our address or telephone number printed on the front page of this statement if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within 3 business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**The information below is applicable to those Accounts which may be subject to an Interest Charge.**

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us (on a separate sheet) at our address shown on the front page of this statement as soon as possible. In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors, and

you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**PAYMENT INFORMATION** - Please mail or deliver your payment to the financial institution at the address indicated on the reverse side hereof. Payments received on weekends and holidays will be credited the next business day. Payments received after your closing date will appear on your next statement. If the financial institution has been authorized to deduct the minimum payment from your Account, it will be deducted and credited to your Account as of the date shown on the reverse side hereof. To avoid additional INTEREST CHARGES, pay your balance in full. Please call the financial institution for the exact balance as the balance changes daily.

**INTEREST CHARGE** - The INTEREST CHARGE on your account is calculated by applying the different PERIODIC RATES to the appropriate range of the outstanding daily balance of your account. The outstanding daily balance is calculated by using the beginning balance of your account each day, adding any new advances or debits, and subtracting any payments or credits. The INTEREST CHARGE may be determined as follows:

1. Using the rate ranges, separate the outstanding daily balance into appropriate range amounts.
2. Multiply each outstanding daily balance by the applicable periodic rate.
3. Multiply each of these results by the number of days the applicable rate was in effect.
4. Add the results of step #3 together.

**USE OF THE AVERAGE DAILY BALANCE** - If the daily balances are not shown on your statement, the average daily balance may be used. The average daily balance is or can be multiplied by the number of days in the billing cycle and the periodic rate applied to the product to determine the amount of the interest charge. To calculate the average daily balance, all of the daily balances for the billing cycle are added up, and the total is divided by the number of days in the billing cycle. The INTEREST CHARGE is or may be determined as follows:

1. Multiplying each of the average balances by the number of days in the billing cycle (or if the daily rate varied during the cycle, by multiplying by the number of days the applicable rate was in effect),
2. Multiplying each of the results by the applicable periodic rate, and adding these products together.