**The relief described hereinbelow is SO ORDERED.**

**Signed March 10, 2022.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | |
|---|---|
| IN RE: § | |
| ADVANCE TRANSPORTATION § | CASE NO. 21-30906-hcm |
| SERVICES INCORPORATED § | (Chapter 11; Subchapter V) |
| Debtor. § | |

### ORDER GRANTING MOTION FOR ADDITIONAL TIME TO
### CIRCULATE SUBCHAPTER V PLAN FOR BALLOTING

On March 10, 2022, the Court conducted a hearing on the Motion for Additional Time to Circulate Subchapter V Plan for Balloting ("Motion")(dkt# 97) filed by Advance Transportation Services Incorporated ("Debtor"). Appearing at the hearing were counsel for the Debtor, counsel for the U.S. Trustee, and the Subchapter V trustee. After considering the statements and arguments of counsel and the Subchapter V trustee, the Court finds that the following Order should be entered on the Motion.

**IT IS HEREBY ORDERED AND NOTICE IS HEREBY GIVEN THAT:**

1. The Motion for Additional Time to Circulate Subchapter V Plan ("Motion")(dkt# 97) filed by Advance Transportation Services Incorporated ("Debtor") is hereby granted.

1

2. By May 26, 2022, the Debtor shall file either an Amended Subchapter V Plan of Reorganization for the Debtor or a Joint Plan of Reorganization with ATSI, Inc., debtor in case no. 22-30135. Following such filing, the Court will enter an order setting deadlines for mailing to creditors and voting and objections by creditors to the Amended Plan or Joint Plan.

# # #