<div style="border:1px solid">

**Fill in this information to identify the case:**

Debtor Name __ADVANCE TRANSPORTATION SERVICES INC__

United States Bankruptcy Court for the: _____ District of _____

Case number: __21-30906-HCM-11__

</div>

☐ Check if this is an amended filing

---

## Official Form 425C

---

## Monthly Operating Report for Small Business Under Chapter 11     12/17

Month: __MARCH__

Line of business: __TRANSPORTATION__

Date report filed: __05/02/2022__
MM / DD / YYYY

NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:     ABRAHAM WARDY

Original signature of responsible party    *[signature]*

Printed name of responsible party    ABRAHAM WARDY

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.***

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☑ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.***

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name **ADVANCE TRANSPORTATION SERVICES INC**    Case number **21-30906-HCM-11**

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☑ | ☐ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☑ | ☐ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 20,894.67

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 137,490.70

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

– $ 115,125.74

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ 22,364.96

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

= $ 43,259.63

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

$ _____

*(Exhibit E)*

Debtor Name **ADVANCE TRANSPORTATION SERVICES INC**          Case number 21-30906-HCM-11

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**          $ 199,964.21

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?          21

27. What is the number of employees as of the date of this monthly report?          18

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $ 2,000.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?          $ 18,571.00

30. How much have you paid this month in other professional fees?          $ 0.00

31. How much have you paid in total other professional fees since filing the case?          $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A Projected | – | Column B Actual | = | Column C Difference |
|---|---|---|---|---|---|
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. Cash receipts | $ 137,490.70 | – | $ 137,490.70 | = | $ 0.00 |
| 33. Cash disbursements | $ 115,125.74 | – | $ 115,125.74 | = | $ 0.00 |
| 34. Net cash flow | $ 22,364.96 | – | $ 22,364.96 | = | $ 0.00 |

35. Total projected cash receipts for the next month:          $ _____

36. Total projected cash disbursements for the next month:          – $ _____

37. Total projected net cash flow for the next month:          = $ _____

Debtor Name  ADVANCE TRANSPORTATION SERVICES INC          Case number 21-30906-HCM-11

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

# WESTERN HERITAGE BANK© Member FDIC

**Contact us:**
(915) 782-2470

MEMBER FDIC 

**Branch:**
Western Heritage Bank
2290 Trawood Dr
El Paso, TX  79935

**Visit our website at:**
www.westernheritagebank.com

ADVANCE TRANSPORTATION
SERVICES INCORPORATED
12308 RED SUN DR
EL PASO TX 79938-7738

Page 1 of 19

**Statement Date:  March 31, 2022**                    Account Number: ▓▓▓▓0686

## A PARTNER YOU CAN COUNT ON

Protect your business from financial fraud with Positive Pay today. Positive Pay is a fraud prevention tool businesses can use to protect against check and ACH fraud. Detect suspicious or fraudulent transaction before it's too late. Email our Treasury Management Team today for more information treasurymanagement@westernheritagebank.com

## BASIC BUSINESS CHECKING

### ACCOUNT ACTIVITY SUMMARY

| | |
|---|---|
| Statement period number of days | 31 |
| Average balance | $6,563.61 |
| Total service charge today | $10.00 |

| | | | |
|---|---|---|---|
| Previous balance | 02/28/2022 | $401.13 | |
| Deposits/credits | 22 | $121,418.59 | |
| Checks/withdrawals | 139 | $100,262.07 | |
| Ending balance | 03/31/2022 | $21,557.65 | |



Debits $100,262.07   Credits $121,418.59

### DEPOSITS

| Date | Description | Amount |
|---|---|---|
| 03/01/2022 | INET XFER 03-01  FROM XXXXXXXX0260 | $700.00 |
| 03/02/2022 | INET XFER 03-02  FROM XXXXXXXX0279 | $300.00 |
| 03/03/2022 | INCOMING WIRE ADVANCE TRANSPORTATION SER | $17,630.82 |
| 03/03/2022 | REGULAR DEPOSIT | $5,000.00 |
| 03/04/2022 | REGULAR DEPOSIT | $3,000.00 |
| 03/07/2022 | REGULAR DEPOSIT | $1,000.00 |
| 03/10/2022 | INCOMING WIRE FRANCO FACTORING LLC | $15,178.03 |
| 03/10/2022 | ASSOCGLOBAL PMD  ATS.Receivables3 ACH CREDIT PAYMENT 6012967 | $273.81 |
| 03/14/2022 | INET XFER 03-14  FROM XXXXXXXX0260 | $1,200.00 |
| 03/15/2022 | REGULAR DEPOSIT | $808.91 |



## WESTERN HERITAGE BANK® Member FDIC

**ADVANCE TRANSPORTATION**

Account Number: XXXX0686

### DEPOSITS (continued)

| Date | Description | Amount |
|------|-------------|--------|
| 03/17/2022 | INCOMING WIRE FRANCO FACTORING LLC | $18,038.05 |
| 03/17/2022 | ASSOCGLOBAL PMD ATS.Receivables3 ACH CREDIT PAYMENT 6013087 | $150.00 |
| 03/21/2022 | INET XFER 03-21 FROM XXXXXXXX0260 | $500.00 |
| 03/24/2022 | INCOMING WIRE FRANCO FACTORING LLC | $23,606.71 |
| 03/24/2022 | ASSOCGLOBAL PMD ATS.Receivables3 ACH CREDIT PAYMENT 6013207 | $25.00 |
| 03/25/2022 | RETURNED WIRE CIT BANK FROM 12/31/2021 | $2,516.42 |
| 03/28/2022 | INET XFER 03-28 FROM XXXXXXXX0260 | $2,000.00 |
| 03/29/2022 | INET XFER 03-29 FROM XXXXXXXX0279 | $250.00 |
| 03/29/2022 | INET XFER 03-29 FROM XXXXXXXX0260 | $1,200.00 |
| 03/30/2022 | INCOMING WIRE FRANCO FACTORING,LLC | $26,000.00 |
| 03/30/2022 | INET XFER 03-30 FROM XXXXXXXX0279 | $300.00 |
| 03/31/2022 | ASSOCGLOBAL PMD ATS.Receivables3 ACH CREDIT PAYMENT 6013327 | $1,740.84 |

Number of Deposits 22      Total Deposits $121,418.59

### WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 03/01/2022 | GEICO Sally Hamer ACH DEBIT PREM COLL | $133.24 |
| 03/03/2022 | INCOMING DOMESTIC WIRE FEE | $15.00 |
| 03/04/2022 | PURCHASE 03-03 IRON MAINTENANCE - EL EL PASO, TX MCI 3070 | $469.59 |
| 03/04/2022 | CHASE CREDIT CRD ABRAHAM J WARDY ACH DEBIT EPAY 5814619724 | $300.00 |
| 03/04/2022 | INET XFER 03-04 TO XXXXXXXX0260 | $400.00 |
| 03/04/2022 | BARCLAYCARD US ABRAHAM WARDY ACH DEBIT CREDITCARD 852371090 | $750.00 |
| 03/07/2022 | PURCHASE 03-04 ACE CLOUD HOSTING 412-8478199, PA MCI 3070 | $260.00 |
| 03/07/2022 | PAYMODE-X ATS INC ACH DEBIT MNTHLY FEE F139623431 | $32.34 |
| 03/07/2022 | SAMSARA ATS ACH DEBIT Samsara ST-X1G3P7J2K3G9 | $619.45 |
| 03/09/2022 | PURCHASE 03-09 ECONOMY C ECONOMY CASH EL PASO, TX MAP 3070 | $85.81 |
| 03/09/2022 | PURCHASE 03-09 WAL Wal-Mart Super 001 EL PASO, TX PUL 3070 | $500.00 |
| 03/10/2022 | INCOMING DOMESTIC WIRE FEE | $15.00 |
| 03/10/2022 | INET XFER 03-10 TO XXXXXXXX0260 | $700.00 |
| 03/11/2022 | PURCHASE 03-10 THE UPS STORE 271 EL PASO, TX PUL 3070 | $60.20 |
| 03/11/2022 | PURCHASE 03-11 SAMS CLUB #8280 EL PASO, TX PUL 3070 | $132.91 |
| 03/11/2022 | PURCHASE 03-11 VZWRLSS*BILL PAY VW 800-922-0204 , FL MCI 3070 Recurring Debit | $300.00 |
| 03/14/2022 | PURCHASE 03-11 MURPHY7218ATWAL EL PASO, TX MAP 3070 | $70.00 |
| 03/14/2022 | ATT ABRAHAM WARDY ACH DEBIT Payment 794273004SMT2A | $700.00 |



**WESTERN HERITAGE BANK** © Member FDIC 🏠

**Page 3 of 19**

**ADVANCE TRANSPORTATION**

Account Number: ▓▓▓0686

## WITHDRAWALS (continued)

| Date | Description | Amount |
|------|-------------|--------|
| 03/15/2022 | PURCHASE   03-14 MURPHY7218ATWAL EL PASO, TX              MAP 3070 | $75.00 |
| 03/16/2022 | BILLMATRIX      BILLMATRIX ACH DEBIT  BILLPAYFEE 10573386962 | $2.35 |
| 03/16/2022 | EL PASO ELECTRIC  EL PASO ELECTRIC (PAY ACH DEBIT  BILL PAY 10573386961 | $412.16 |
| 03/17/2022 | INCOMING DOMESTIC WIRE FEE | $15.00 |
| 03/18/2022 | PURCHASE   03-18 VZWRLSS*BILL PAY VW 800-922-0204 , FL MCI  3070 Recurring Debit | $383.77 |
| 03/21/2022 | CHASE CREDIT CRD ABRAHAM J WARDY ACH DEBIT  EPAY 5844984371 | $500.00 |
| 03/24/2022 | INCOMING DOMESTIC WIRE FEE | $15.00 |
| 03/24/2022 | PURCHASE   03-23 ENTERPRISE RENT-A-CAR EL PASO, TX MCI  3070 | $3,164.14 |
| 03/28/2022 | PURCHASE   03-25 ENTERPRISE RENT-A-CAR EL PASO, TX MCI  3070 | $3,496.59 |
| 03/28/2022 | PURCHASE   03-25 ENTERPRISE RENT-A-CAR EL PASO, TX MCI  3070 | $3,505.89 |
| 03/29/2022 | PAYMENTUS     ATS NA ACH DEBIT  BILLPAY   PAYMENTUSCORP_I | $1.49 |
| 03/29/2022 | TEXASGASSERVICE  ATS NA ACH DEBIT  BILLPAY   TEXASGASSERVICE | $333.40 |
| 03/30/2022 | INCOMING DOMESTIC WIRE FEE | $15.00 |
| 03/30/2022 | REGULAR WITHDRAWAL | $3,000.00 |
| 03/30/2022 | BILLMATRIX      BILLMATRIX ACH DEBIT  BILLPAYFEE 13232282512 | $2.35 |
| 03/30/2022 | EL PASO ELECTRIC  EL PASO ELECTRIC (PAY ACH DEBIT  BILL PAY 13232282511 | $344.57 |
| 03/31/2022 | GEICO      Sally Hamer ACH DEBIT  PREM COLL | $169.12 |
| 03/31/2022 | MONTHLY SERVICE CHARGE | $10.00 |

**Number of Withdrawals 36**                                **Total Withdrawals $20,989.37**

## CHECKS

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 12595 | 03/01/22 | $500.00 | 12667 | 03/21/22 | $320.00 | 12687 | 03/21/22 | $305.00 |
| 12596 | 03/07/22 | $500.00 | 12668 | 03/04/22 | $155.00 | 12688 | 03/11/22 | $420.00 |
| 12597 | 03/14/22 | $500.00 | 12669 | 03/04/22 | $365.00 | 12689 | 03/11/22 | $885.00 |
| 12598 | 03/21/22 | $500.00 | 12670 | 03/04/22 | $832.50 | 12690 | 03/11/22 | $435.00 |
| 12619 * | 03/04/22 | $4,726.87 | 12671 | 03/04/22 | $577.50 | 12691 | 03/11/22 | $831.41 |
| 12630 * | 03/02/22 | $291.50 | 12672 | 03/04/22 | $776.41 | 12692 | 03/11/22 | $851.41 |
| 12636 * | 03/01/22 | $450.00 | 12673 | 03/04/22 | $754.17 | 12693 | 03/14/22 | $539.00 |
| 12637 | 03/04/22 | $445.00 | 12674 | 03/07/22 | $500.00 | 12694 | 03/11/22 | $700.00 |
| 12640 * | 03/10/22 | $2,000.00 | 12675 | 03/04/22 | $700.00 | 12695 | 03/11/22 | $500.00 |
| 12650 * | 03/04/22 | $1,506.00 | 12676 | 03/04/22 | $500.00 | 12696 | 03/17/22 | $700.00 |
| 12657 * | 03/04/22 | $2,500.00 | 12677 | 03/07/22 | $602.00 | 12697 | 03/18/22 | $429.00 |
| 12658 | 03/11/22 | $1,250.00 | 12678 | 03/09/22 | $89.79 | 12698 | 03/18/22 | $530.00 |
| 12659 | 03/03/22 | $1,000.00 | 12679 | 03/10/22 | $610.50 | 12699 | 03/11/22 | $1,506.00 |
| 12660 | 03/04/22 | $566.50 | 12680 | 03/11/22 | $600.00 | 12700 | 03/11/22 | $2,500.00 |
| 12661 | 03/04/22 | $455.00 | 12681 | 03/15/22 | $290.00 | 12701 | 03/18/22 | $1,250.00 |
| 12662 | 03/08/22 | $335.00 | 12682 | 03/11/22 | $401.50 | 12702 | 03/21/22 | $395.00 |
| 12663 | 03/04/22 | $388.00 | 12683 | 03/11/22 | $544.50 | 12703 | 03/18/22 | $407.00 |
| 12664 | 03/04/22 | $590.00 | 12684 | 03/11/22 | $490.00 | 12704 | 03/18/22 | $630.50 |
| 12665 | 03/04/22 | $500.00 | 12685 | 03/11/22 | $470.00 | 12705 | 03/18/22 | $574.00 |
| 12666 | 03/04/22 | $630.00 | 12686 | 03/11/22 | $502.50 | 12706 | 03/18/22 | $973.00 |



## WESTERN HERITAGE BANK® Member FDIC

**ADVANCE TRANSPORTATION**

Account Number: ●●●●0686

### CHECKS (continued)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 12707 | 03/18/22 | $742.50 | 12722 | 03/21/22 | $1,000.00 | 12737 | 03/25/22 | $831.41 |
| 12708 | 03/31/22 | $385.00 | 12723 | 03/21/22 | $700.00 | 12738 | 03/25/22 | $851.41 |
| 12709 | 03/21/22 | $505.00 | 12724 | 03/29/22 | $700.00 | 12739 | 03/25/22 | $400.00 |
| 12710 | 03/18/22 | $862.50 | 12725 | 03/25/22 | $352.00 | 12740 | 03/25/22 | $560.00 |
| 12711 | 03/18/22 | $217.50 | 12726 | 03/25/22 | $484.00 | 12741 | 03/25/22 | $500.00 |
| 12712 | 03/18/22 | $831.41 | 12727 | 03/28/22 | $410.00 | 12742 | 03/28/22 | $567.00 |
| 12713 | 03/18/22 | $851.41 | 12728 | 03/25/22 | $484.00 | 12743 | 03/25/22 | $1,506.00 |
| 12714 | 03/18/22 | $500.00 | 12729 | 03/25/22 | $643.50 | 12744 | 03/25/22 | $225.00 |
| 12715 | 03/18/22 | $700.00 | 12730 | 03/25/22 | $595.00 | 12745 | 03/28/22 | $2,500.00 |
| 12716 | 03/18/22 | $500.00 | 12731 | 03/25/22 | $837.00 | 12746 | 03/25/22 | $2,500.00 |
| 12717 | 03/21/22 | $581.00 | 12732 | 03/25/22 | $645.00 | 12747 | 03/30/22 | $460.00 |
| 12718 | 03/21/22 | $1,506.00 | 12734 * | 03/29/22 | $495.00 | 12748 | 03/31/22 | $700.00 |
| 12719 | 03/17/22 | $1,015.00 | 12735 | 03/25/22 | $862.50 | 12749 | 03/31/22 | $750.00 |
| 12720 | 03/18/22 | $1,500.00 | 12736 | 03/25/22 | $690.00 | 12771 * | 03/31/22 | $750.00 |
| 12721 | 03/25/22 | $1,500.00 | | | | | | |

\* Indicates Break In Sequence

Number of Checks 103

Total Amount of Checks $79,272.70

### DAILY BALANCE SUMMARY

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03/01/2022 | $17.89 | 03/10/2022 | $15,356.62 | 03/21/2022 | $160.05 |
| 03/02/2022 | $26.39 | 03/11/2022 | $1,976.19 | 03/24/2022 | $20,612.62 |
| 03/03/2022 | $21,642.21 | 03/14/2022 | $1,367.19 | 03/25/2022 | $8,662.22 |
| 03/04/2022 | $5,754.67 | 03/15/2022 | $1,811.10 | 03/28/2022 | $182.74 |
| 03/07/2022 | $4,240.88 | 03/16/2022 | $1,396.59 | 03/29/2022 | $102.85 |
| 03/08/2022 | $3,905.88 | 03/17/2022 | $17,854.64 | 03/30/2022 | $22,580.93 |
| 03/09/2022 | $3,230.28 | 03/18/2022 | $5,972.05 | 03/31/2022 | $21,557.65 |

### IMAGES

| 03/03/2022 | $5,000.00 | 03/04/2022 | $3,000.00 |



**WESTERN HERITAGE BANK** ®
Member FDIC

**ADVANCE TRANSPORTATION**

Account Number: ████0686

## IMAGES (continued)

| | | |
|---|---|---|
| 03/07/2022 | $1,000.00 | |
| 03/15/2022 | $808.91 | |
| 03/30/2022 | $3,000.00 | |
| Check #12595 | 03/01/2022 | $500.00 |
| Check #12596 | 03/07/2022 | $500.00 |
| Check #12597 | 03/14/2022 | $500.00 |
| Check #12598 | 03/21/2022 | $500.00 |
| Check #12619 | 03/04/2022 | $4,726.87 |



## WESTERN HERITAGE BANK©
Member FDIC

**ADVANCE TRANSPORTATION**

Account Number: ████686

### IMAGES (continued)

| | |
|---|---|
| Check #12630    03/02/2022    $291.50 | Check #12636    03/01/2022    $450.00 |
| Check #12637    03/04/2022    $445.00 | Check #12640    03/10/2022    $2,000.00 |
| Check #12650    03/04/2022    $1,506.00 | Check #12657    03/04/2022    $2,500.00 |
| Check #12658    03/11/2022    $1,250.00 | Check #12659    03/03/2022    $1,000.00 |



# WESTERN HERITAGE BANK©
Member FDIC

**Page 7 of 19**

## ADVANCE TRANSPORTATION

**Account Number:** ●●●●0686

### IMAGES (continued)



| Check #12660 | 03/04/2022 | $566.50 |
| Check #12661 | 03/04/2022 | $455.00 |
| Check #12662 | 03/08/2022 | $335.00 |
| Check #12663 | 03/04/2022 | $388.00 |
| Check #12664 | 03/04/2022 | $590.00 |
| Check #12665 | 03/04/2022 | $500.00 |
| Check #12666 | 03/04/2022 | $630.00 |
| Check #12667 | 03/21/2022 | $320.00 |



# WESTERN HERITAGE BANK®

**ADVANCE TRANSPORTATION**

Account Number: ●●●●0686

**IMAGES** (continued)



| Check #12668 | 03/04/2022 | $155.00 | Check #12669 | 03/04/2022 | $365.00 |
| Check #12670 | 03/04/2022 | $832.50 | Check #12671 | 03/04/2022 | $577.50 |
| Check #12672 | 03/04/2022 | $776.41 | Check #12673 | 03/04/2022 | $754.17 |
| Check #12674 | 03/07/2022 | $500.00 | Check #12675 | 03/04/2022 | $700.00 |



# WESTERN HERITAGE BANK® Member FDIC

**ADVANCE TRANSPORTATION**

Account Number: ●●●●0686

## IMAGES (continued)



| | | |
|---|---|---|
| Check #12676 | 03/04/2022 | $500.00 |
| Check #12677 | 03/07/2022 | $602.00 |
| Check #12678 | 03/09/2022 | $89.79 |
| Check #12679 | 03/10/2022 | $610.50 |
| Check #12680 | 03/11/2022 | $600.00 |
| Check #12681 | 03/15/2022 | $290.00 |
| Check #12682 | 03/11/2022 | $401.50 |
| Check #12683 | 03/11/2022 | $544.50 |



# WESTERN HERITAGE BANK® Member FDIC

**ADVANCE TRANSPORTATION**

Account Number: ●●●●0686

## IMAGES (continued)



| Check #12684 | 03/11/2022 | $490.00 | | Check #12685 | 03/11/2022 | $470.00 |
|---|---|---|---|---|---|---|
| Check #12686 | 03/11/2022 | $502.50 | | Check #12687 | 03/21/2022 | $305.00 |
| Check #12688 | 03/11/2022 | $420.00 | | Check #12689 | 03/11/2022 | $885.00 |
| Check #12690 | 03/11/2022 | $435.00 | | Check #12691 | 03/11/2022 | $831.41 |



# WESTERN HERITAGE BANK® Member FDIC

**ADVANCE TRANSPORTATION**

Account Number: ██████0686

IMAGES (continued)



| | | |
|---|---|---|
| Check #12692 | 03/11/2022 | $851.41 |
| Check #12693 | 03/14/2022 | $539.00 |
| Check #12694 | 03/11/2022 | $700.00 |
| Check #12695 | 03/11/2022 | $500.00 |
| Check #12696 | 03/17/2022 | $700.00 |
| Check #12697 | 03/18/2022 | $429.00 |
| Check #12698 | 03/18/2022 | $530.00 |
| Check #12699 | 03/11/2022 | $1,506.00 |



**WESTERN HERITAGE BANK®**
Member FDIC

**ADVANCE TRANSPORTATION**

Account Number: ●●●●●0686

IMAGES (continued)



| | | |
|---|---|---|
| Check #12700 | 03/11/2022 | $2,500.00 |
| Check #12701 | 03/18/2022 | $1,250.00 |

 

| | | |
|---|---|---|
| Check #12702 | 03/21/2022 | $395.00 |
| Check #12703 | 03/18/2022 | $407.00 |

 

| | | |
|---|---|---|
| Check #12704 | 03/18/2022 | $630.50 |
| Check #12705 | 03/18/2022 | $574.00 |

 

| | | |
|---|---|---|
| Check #12706 | 03/18/2022 | $973.00 |
| Check #12707 | 03/18/2022 | $742.50 |



# WESTERN HERITAGE BANK© Member FDIC

**ADVANCE TRANSPORTATION**

**Account Number:** ██████0686

## IMAGES (continued)



| Check #12708 | 03/31/2022 | $385.00 |
| Check #12709 | 03/21/2022 | $505.00 |
| Check #12710 | 03/18/2022 | $862.50 |
| Check #12711 | 03/18/2022 | $217.50 |
| Check #12712 | 03/18/2022 | $831.41 |
| Check #12713 | 03/18/2022 | $851.41 |
| Check #12714 | 03/18/2022 | $500.00 |
| Check #12715 | 03/18/2022 | $700.00 |



## WESTERN HERITAGE BANK®

**ADVANCE TRANSPORTATION**

Account Number: ████0686

IMAGES (continued)



Check #12716     03/18/2022     $500.00



Check #12717     03/21/2022     $581.00



Check #12718     03/21/2022     $1,506.00



Check #12719     03/17/2022     $1,015.00



Check #12720     03/18/2022     $1,500.00



Check #12721     03/25/2022     $1,500.00



Check #12722     03/21/2022     $1,000.00



Check #12723     03/21/2022     $700.00



# WESTERN HERITAGE BANK®

**ADVANCE TRANSPORTATION**

Account Number: ██████0686

**IMAGES (continued)**



Check #12724      03/29/2022      $700.00

Check #12725      03/25/2022      $352.00

Check #12726      03/25/2022      $484.00

Check #12727      03/28/2022      $410.00

Check #12728      03/25/2022      $484.00

Check #12729      03/25/2022      $643.50

Check #12730      03/25/2022      $595.00

Check #12731      03/25/2022      $837.00



# WESTERN HERITAGE BANK®  Member FDIC

**Page 16 of 19**

## ADVANCE TRANSPORTATION

**Account Number:** ●●●●0686

IMAGES (continued)



Check #12732        03/25/2022        $645.00

Check #12734        03/29/2022        $495.00

Check #12735        03/25/2022        $862.50

Check #12736        03/25/2022        $690.00

Check #12737        03/25/2022        $831.41

Check #12738        03/25/2022        $851.41

Check #12739        03/25/2022        $400.00

Check #12740        03/25/2022        $560.00



# WESTERN HERITAGE BANK®

**ADVANCE TRANSPORTATION**

Account Number: 0686

## IMAGES (continued)



Check #12741     03/25/2022     $500.00



Check #12742     03/28/2022     $567.00



Check #12743     03/25/2022     $1,506.00

Check #12744     03/25/2022     $225.00



Check #12745     03/28/2022     $2,500.00

Check #12746     03/25/2022     $2,500.00



Check #12747     03/30/2022     $460.00

Check #12748     03/31/2022     $700.00



# WESTERN HERITAGE BANK® Member FDIC

**ADVANCE TRANSPORTATION**

Account Number: 0686

## IMAGES (continued)



| | | |
|---|---|---|
| Check #12749 | 03/31/2022 | $750.00 |
| Check #12771 | 03/31/2022 | $750.00 |

## Account Reconciliation Form

A. The ending balance shown on statement $ _____

B. List deposits not shown on statement $ _____

$ _____

$ _____

$ _____

C. Total of lines B $ _____

D. Add line C to line A $ _____

E. List below all checks written and any withdrawals not posted on statement

H. The ending balance in your check register $ _____

I. List deposits, transfers or interest credited not already listed in your check register $ _____

$ _____

$ _____

$ _____

J. Total of lines I $ _____

K. Add line J to line H $ _____

L. List below all checks and charges not already reflected in your check register

| Check # | $ Amount | Check # | $ Amount | Check # | $ Amount | Check # | $ Amount |
|---------|----------|---------|----------|---------|----------|---------|----------|
| _____ | $ _____ | _____ | $ _____ | _____ | $ _____ | _____ | $ _____ |
| _____ | $ _____ | _____ | $ _____ | _____ | $ _____ | _____ | $ _____ |
| _____ | $ _____ | _____ | $ _____ | _____ | $ _____ | _____ | $ _____ |
| _____ | $ _____ | _____ | $ _____ | _____ | $ _____ | _____ | $ _____ |
| _____ | $ _____ | _____ | $ _____ | _____ | $ _____ | _____ | $ _____ |

F. Total of Column E $ _____

G. Subtract line F from line D $ _____

M. Total of Column L $ _____

N. Subtract line M from line K $ _____

The balances (Line "G" and Line "N" above) should agree. If not, recheck your entries from this statement and your check register. All deposits and credits are subject to final collection.

**The following pertains to accounts established for personal, family or household purposes only.**

For information regarding business and custodial accounts please refer to your account disclosure. Contact us if you have a specific question pertaining to your account.

### In Case of Errors or Questions About Your Electronic Transfers

Direct inquiries to us at our address or telephone number printed on the front page of this statement if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within 3 business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**The information below is applicable to those Accounts which may be subject to an Interest Charge.**

### What To Do If You Think You Find A Mistake On Your Statement

If you think there is an error on your statement, write to us (on a separate sheet) at our address shown on the front page of this statement as soon as possible. In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors, and

you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**PAYMENT INFORMATION** - Please mail or deliver your payment to the financial institution at the address indicated on the reverse side hereof. Payments received on weekends and holidays will be credited the next business day. Payments received after your closing date will appear on your next statement. If the financial institution has been authorized to deduct the minimum payment from your Account, it will be deducted and credited to your Account as of the date shown on the reverse side hereof. To avoid additional INTEREST CHARGES, pay your balance in full. Please call the financial institution for the exact balance as the balance changes daily.

**INTEREST CHARGE** - The INTEREST CHARGE on your account is calculated by applying the different PERIODIC RATES to the appropriate range of the outstanding daily balance of your account. The outstanding daily balance is calculated by using the beginning balance of your account each day, adding any new advances or debits, and subtracting any payments or credits. The INTEREST CHARGE may be determined as follows:

1. Using the rate ranges, separate the outstanding daily balance into appropriate range amounts.
2. Multiply each outstanding daily balance by the applicable periodic rate.
3. Multiply each of these results by the number of days the applicable rate was in effect.
4. Add the results of step #3 together.

**USE OF THE AVERAGE DAILY BALANCE** - If the daily balances are not shown on your statement, the average daily balance may be used. The average daily balance is or can be multiplied by the number of days in the billing cycle and the periodic rate applied to the product to determine the amount of the interest charge. To calculate the average daily balance, all of the daily balances for the billing cycle are added up, and the total is divided by the number of days in the billing cycle. The INTEREST CHARGE is or may be determined as follows:

1. Multiplying each of the average balances by the number of days in the billing cycle (or if the daily rate varied during the cycle, by multiplying by the number of days the applicable rate was in effect).
2. Multiplying each of the results by the applicable periodic rate, and adding these products together.





# WESTERN HERITAGE BANK© Member FDIC



**Contact us:**
(915) 782-2470

**Branch:**
Western Heritage Bank
2290 Trawood Dr
El Paso, TX 79935

**Visit our website at:**
www.westernheritagebank.com

ATS I, INC
12308 RED SUN DR
EL PASO TX 79938-7738

Page 1 of 5

**Statement Date: March 31, 2022**

**Account Number:** XXXXXX0260

## A PARTNER YOU CAN COUNT ON

Protect your business from financial fraud with Positive Pay today. Positive Pay is a fraud prevention tool businesses can use to protect against check and ACH fraud. Detect suspicious or fraudulent transaction before it's too late. Email our Treasury Management Team today for more information treasurymanagement@westernheritagebank.com

# BASIC BUSINESS CHECKING

## ACCOUNT ACTIVITY SUMMARY

| | |
|---|---|
| Statement period number of days | 31 |
| Average balance | $2,484.53 |
| Total service charge today | $10.00 |



| | | | Debits $29,668.83 — Credits $35,896.80 |
|---|---|---|---|
| Previous balance | 02/28/2022 | $1,203.29 | |
| Deposits/credits | 12 | $35,896.80 | |
| Checks/withdrawals | 43 | $29,668.83 | |
| Ending balance | 03/31/2022 | $7,431.26 | |

## DEPOSITS

| Date | Description | Amount |
|---|---|---|
| 03/01/2022 | U-HAUL INT'L     ATS ACH CREDIT DLR PYMNTS 56790 | $2.95 |
| 03/02/2022 | INET XFER 03-02  FROM XXXXXXXX0279 | $300.00 |
| 03/03/2022 | REGULAR DEPOSIT | $2,100.00 |
| 03/04/2022 | INET XFER 03-04  FROM XXXXXXXX0686 | $400.00 |
| 03/07/2022 | DANZAS CORPORATI 0014ATS I INC ACH CREDIT 2203622281 2203622281 | $2,386.53 |
| 03/07/2022 | REGULAR DEPOSIT | $2,000.00 |
| 03/10/2022 | INET XFER 03-10  FROM XXXXXXXX0686 | $700.00 |
| 03/14/2022 | DANZAS CORPORATI 0014ATS I INC ACH CREDIT 2203902327 2203902327 | $3,458.89 |
| 03/17/2022 | RADIANT GLOBAL L 0003, INC ACH CREDIT WEEKLYPAY  0000131562 | $105.00 |



**WESTERN HERITAGE BANK©** Member FDIC

ATS I, INC

Account Number: 0260

## DEPOSITS (continued)

| Date | Description | Amount |
|---|---|---|
| 03/21/2022 | DANZAS CORPORATI 0014ATS I INC ACH CREDIT 2204337476 2204337476 | $6,835.73 |
| 03/28/2022 | DANZAS CORPORATI 0014ATS I INC ACH CREDIT 2204754173 2204754173 | $17,574.49 |
| 03/29/2022 | U-HAUL INT'L      ATS ACH CREDIT DLR PYMNTS 56790 | $33.21 |

**Number of Deposits 12**                                           **Total Deposits $35,896.80**

## WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 03/01/2022 | INET XFER 03-01  TO XXXXXXXX0686 | $700.00 |
| 03/02/2022 | ATT          advanced transportatio ACH DEBIT  Payment | $53.76 |
| 03/02/2022 | SPECTRUM         ADVANCED TRANSPORTATIO ACH DEBIT  SPECTRUM 9101262 | $214.05 |
| 03/02/2022 | DISCOVER       WARDY ABRAHAM ACH DEBIT  E-PAYMENT  6070 | $500.00 |
| 03/04/2022 | ATT          ABRAHAM WARDY ACH DEBIT  Payment  680402003SMT2U | $420.51 |
| 03/04/2022 | DISCOVER       WARDY ABRAHAM ACH DEBIT  E-PAYMENT  6070 | $2,000.00 |
| 03/07/2022 | PURCHASE  03-07 WM SUPERCENTER # EL PASO, TX          PUL 5144 | $500.00 |
| 03/07/2022 | MERRICK BANK COR ABRAHAM J WARDY JR ACH DEBIT  MOBILE PAY 220630262901736 | $500.00 |
| 03/07/2022 | YOUR PROPANE COM ATS I, INC ACH DEBIT  BT0303    168734376 | $504.52 |
| 03/07/2022 | TARGETED LEASE C ATS 1, INC ACH DEBIT  ACH | $766.77 |
| 03/08/2022 | TARGET CARD SRVC 2A WARDY       M ACH DEBIT  BILL PAY 000000005950541 | $500.00 |
| 03/08/2022 | DISCOVER       WARDY ABRAHAM ACH DEBIT  E-PAYMENT  6070 | $1,000.00 |
| 03/09/2022 | CONNEXUS       ALEXIA WRIGHT ACH DEBIT  ExtrnlTfr 11342220 | $531.68 |
| 03/14/2022 | PURCHASE  03-11 ATT* BILL PAYMENT 8003310500, TX          MCI 5144 Recurring Debit | $500.00 |
| 03/14/2022 | CITI CARD ONLINE ABRAHAM J WARDY ACH DEBIT  PAYMENT 420692605982430 | $300.00 |
| 03/14/2022 | TARGETED LEASE C ATS 1, INC. ACH DEBIT  ACH | $947.60 |
| 03/14/2022 | INET XFER 03-14  TO XXXXXXXX0686 | $1,200.00 |
| 03/15/2022 | PURCHASE  03-14 WAL Wal-Mart Super 001 EL PASO, TX          PUL 5144 | $200.00 |
| 03/18/2022 | PURCHASE  03-17 WM SUPERCENTER # EL PASO, TX          PUL 5144 | $500.00 |
| 03/18/2022 | PAYPAL       ABRAHAM WARDY ACH DEBIT  INST XFER  1019036954993 | $63.00 |
| 03/21/2022 | PURCHASE  03-21 WM SUPERCENTER # EL PASO, TX          PUL 5144 | $500.00 |
| 03/21/2022 | TARGETED LEASE C ATS 1, INC ACH DEBIT  ACH | $442.23 |
| 03/21/2022 | INET XFER 03-21  TO XXXXXXXX0279 | $500.00 |
| 03/21/2022 | CREDIT ONE BANK  ABRAHAM WARDY ACH DEBIT  Payment  20895127 | $500.00 |
| 03/21/2022 | INET XFER 03-21  TO XXXXXXXX0686 | $500.00 |
| 03/21/2022 | DISCOVER       WARDY ABRAHAM ACH DEBIT  E-PAYMENT  6070 | $693.03 |
| 03/22/2022 | PREMIUM FINANCE  ATS I, Inc ACH DEBIT  Payments  1104-361105 | $57.15 |
| 03/23/2022 | PURCHASE  03-23 WM SUPERCENTER # EL PASO, TX          PUL 5144 | $500.00 |



# WESTERN HERITAGE BANK® FDIC

**Page 3 of 5**

**ATS I, INC**

**Account Number:** ████0260

## WITHDRAWALS (continued)

| Date | Description | | Amount |
|---|---|---|---|
| 03/25/2022 | PURCHASE  03-25 WAL-MART #3661 EL PASO, TX | PUL  5144 | $500.00 |
| 03/28/2022 | PURCHASE  03-25 ENTERPRISE RENT-A-CAR EL PASO, TX MCI  5144 | | $1,500.00 |
| 03/28/2022 | REGULAR WITHDRAWAL | | $2,500.00 |
| 03/28/2022 | DISCOVER      WARDY ABRAHAM ACH DEBIT  E-PAYMENT  6070 | | $700.00 |
| 03/28/2022 | CITI CARD ONLINE ABRAHAM J WARDY ACH DEBIT  PAYMENT 420704806721888 | | $985.65 |
| 03/28/2022 | INET XFER 03-28  TO XXXXXXXX0686 | | $2,000.00 |
| 03/29/2022 | PURCHASE  03-28 WM SUPERCENTER # EL PASO, TX 5144 | PUL | $500.00 |
| 03/29/2022 | ATT      advanced transportatio ACH DEBIT  Payment | | $53.76 |
| 03/29/2022 | INET XFER 03-29  TO XXXXXXXX0686 | | $1,200.00 |
| 03/30/2022 | PURCHASE  03-30 WAL Wal-Mart Super 001 EL PASO, TX 5144 | PUL | $500.00 |
| 03/30/2022 | SPECTRUM      ADVANCED TRANSPORTATIO ACH DEBIT  SPECTRUM 7495440 | | $230.12 |
| 03/31/2022 | MONTHLY SERVICE CHARGE | | $10.00 |

**Number of Withdrawals 40**                    **Total Withdrawals $26,273.83**

## CHECKS

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 7493 | 03/28/22 | $695.00 | 7495 * | 03/28/22 | $2,000.00 | 7496 | 03/28/22 | $700.00 |

* **Indicates Break In Sequence**

**Number of Checks 3**                    **Total Amount of Checks $3,395.00**

## DAILY BALANCE SUMMARY

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03/01/2022 | $506.24 | 03/10/2022 | $901.48 | 03/23/2022 | $3,898.09 |
| 03/02/2022 | $38.43 | 03/14/2022 | $1,412.77 | 03/25/2022 | $3,398.09 |
| 03/03/2022 | $2,138.43 | 03/15/2022 | $1,212.77 | 03/28/2022 | $9,891.93 |
| 03/04/2022 | $117.92 | 03/17/2022 | $1,317.77 | 03/29/2022 | $8,171.38 |
| 03/07/2022 | $2,233.16 | 03/18/2022 | $754.77 | 03/30/2022 | $7,441.26 |
| 03/08/2022 | $733.16 | 03/21/2022 | $4,455.24 | 03/31/2022 | $7,431.26 |
| 03/09/2022 | $201.48 | 03/22/2022 | $4,398.09 | | |





# WESTERN HERITAGE BANK® Member FDIC

**ATS I, INC**

Account Number: 0260

## IMAGES

| | |
|---|---|
| 03/03/2022  $2,100.00 | 03/07/2022  $2,000.00 |
| 03/28/2022  $2,500.00 | Check #7493  03/28/2022  $695.00 |
| Check #7495  03/28/2022  $2,000.00 | Check #7496  03/28/2022  $700.00 |

## Account Reconciliation Form

| | | | | |
|---|---|---|---|---|
| A. The ending balance shown on statement | $ _____ | | H. The ending balance in your check register | $ _____ |
| B. List deposits not shown on statement | $ _____ | | I. List deposits, transfers or interest credited not already listed in your check register | $ _____ |
| | $ _____ | | | $ _____ |
| | $ _____ | | | $ _____ |
| | $ _____ | | | $ _____ |
| C. Total of lines B | $ _____ | | J. Total of lines I | $ _____ |
| D. Add line C to line A | $ _____ | | K. Add line J to line H | $ _____ |
| E. List below all checks written and any withdrawals not posted on statement | | | L. List below all checks and charges not already reflected in your check register | |

| Check # | $ Amount | Check # | $ Amount | Check # | $ Amount | Check # | $ Amount |
|---|---|---|---|---|---|---|---|
| ____ | $ _____ | ____ | $ _____ | ____ | $ _____ | ____ | $ _____ |
| ____ | $ _____ | ____ | $ _____ | ____ | $ _____ | ____ | $ _____ |
| ____ | $ _____ | ____ | $ _____ | ____ | $ _____ | ____ | $ _____ |
| ____ | $ _____ | ____ | $ _____ | ____ | $ _____ | ____ | $ _____ |
| ____ | $ _____ | ____ | $ _____ | ____ | $ _____ | ____ | $ _____ |

| | | | | |
|---|---|---|---|---|
| F. Total of Column E | $ _____ | | M. Total of Column L | $ _____ |
| G. Subtract line F from line D | $ _____ | | N. Subtract line M from line K | $ _____ |

The balances (Line "G" and Line "N" above) should agree. If not, recheck your entries from this statement and your check register. All deposits and credits are subject to final collection.

**The following pertains to accounts established for personal, family or household purposes only.**

For information regarding business and custodial accounts please refer to your account disclosure. Contact us if you have a specific question pertaining to your account.

**In Case of Errors or Questions About Your Electronic Transfers**

Direct inquiries to us at our address or telephone number printed on the front page of this statement if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within 3 business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**The information below is applicable to those Accounts which may be subject to an Interest Charge.**

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us (on a separate sheet) at our address shown on the front page of this statement as soon as possible. In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors, and

you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**PAYMENT INFORMATION** - Please mail or deliver your payment to the financial institution at the address indicated on the reverse side hereof. Payments received on weekends and holidays will be credited the next business day. Payments received after your closing date will appear on your next statement. If the financial institution has been authorized to deduct the minimum payment from your Account, it will be deducted and credited to your Account as of the date shown on the reverse side hereof. To avoid additional INTEREST CHARGES, pay your balance in full. Please call the financial institution for the exact balance as the balance changes daily.

**INTEREST CHARGE** - The INTEREST CHARGE on your account is calculated by applying the different PERIODIC RATES to the appropriate range of the outstanding daily balance of your account. The outstanding daily balance is calculated by using the beginning balance of your account each day, adding any new advances or debits, and subtracting any payments or credits. The INTEREST CHARGE may be determined as follows:

1. Using the rate ranges, separate the outstanding daily balance into appropriate range amounts.
2. Multiply each outstanding daily balance by the applicable periodic rate.
3. Multiply each of these results by the number of days the applicable rate was in effect.
4. Add the results of step #3 together.

**USE OF THE AVERAGE DAILY BALANCE** - If the daily balances are not shown on your statement, the average daily balance may be used. The average daily balance is or can be multiplied by the number of days in the billing cycle and the periodic rate applied to the product to determine the amount of the interest charge. To calculate the average daily balance, all of the daily balances for the billing cycle are added up, and the total is divided by the number of days in the billing cycle. The INTEREST CHARGE is or may be determined as follows:

1. Multiplying each of the average balances by the number of days in the billing cycle (or if the daily rate varied during the cycle, by multiplying by the number of days the applicable rate was in effect).
2. Multiplying each of the results by the applicable periodic rate, and adding these products together.

