

**The relief described hereinbelow is SO ORDERED.**

**Signed June 14, 2022.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | |
|---|---|
| IN RE: § | |
| ADVANCE TRANSPORTATION § | Case No. 21-30906-hcm |
| SERVICES INCORPORATED and § | |
| ATSI, INC. § | Case No. 22-30135-hcm |
|    Jointly Administered Debtors.[1] § | (Chapter 11, Subchapter V) |
| § | ***(Jointly Administered under*** |
| § | ***Case No. 21-30906-hcm)*** |

### ORDER ON MOTION FOR ADDITIONAL TIME
### TO DISTRIBUTE SUBCHAPTER V PLAN TO CREDITORS

On June 14, 2022, the Court conducted a hearing on the Motion for Additional Time Before Consolidating Plan of Debtors is Distributed ("Motion")(dkt# 140) filed by Advance Transportation Services Incorporated and ATSI, debtors in these jointly administered Chapter 11 cases ("Debtors"). Appearing at the hearing were counsel for the Debtors, counsel for the U.S. Trustee, and the Subchapter V trustee. After considering the statements and arguments of counsel, the Court finds that the following Order should be entered on the Motion.

---

[1] The Debtors in these Chapter 11 cases, together with each Debtor's federal tax identification number are as follows: Advance Transportation Services Incorporated (84-2948613) and ATSI, Inc. (20-0894463). The mailing address for the Debtors is 12308 Red Sun Dr., El Paso, TX 79938.

1

2

**IT IS HEREBY ORDERED AND NOTICE IS HEREBY GIVEN THAT:**

1. The Motion (dkt# 140) is granted to the extent set forth below.

2. By August 15, 2022, the Debtors shall file an Amended Subchapter V Plan of Reorganization ("Amended Plan") with the Court. Following the filing of an Amended Plan, the Court will enter an order setting deadlines for mailing the Amended Plan to creditors, voting on the Amended Plan, and filing of objections to the Amended Plan.

# # #